UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHELE L. RAFFERTY, et al., | CASE NO.: 4:16cv00430 |
| Plaintiffs, | JUDGE: BENITA PEARSON |
| vs. | **JOINT STIPULATION OF UNCONTESTED FACTS** |
| TRUMBULL COUNTY, OHIO, et al., | |
| Defendants. | |

Counsel for Plaintiffs Michelle Rafferty and Katie Sherman and Counsel for Defendants Trumbull County, Ohio, Thomas L. Altiere, Sheriff (in his official capacity), and Eric Shay, Lieutenant (in his official capacity) and counsel for Defendant Charles Drennen respectfully submit the following stipulations of facts for purposes of the parties' dispositive motions.

1. Plaintiff Michele Rafferty was incarcerated at the Trumbull County Jail from February 12, 2014 to August 16, 2014.

2. Plaintiff Katie Sherman was incarcerated at the Trumbull County Jail from November 18, 2013 to April 30, 2014.

3. Defendant Charles Drennen was employed as a corrections officer at the Trumbull County Jail by the Trumbull County Sheriff's Office from July 2010 to May 2014.

4. The Trumbull County Sheriff's Office has adopted a Code of Conduct and a Policy and Procedures Manual, both of which were in effect in 2014, governing the conduct of corrections officers at the Trumbull County Jail.

5. A copy of the Trumbull County Sheriff's Office Code of Conduct and the Trumbull County Jail's Policy and Procedures Manual was provided to Defendant Charles Drennen early in his tenure as a corrections officer at the Trumbull County Jail.

6. Defendant Charles Drennen received training regarding the Trumbull County Sheriff's Office Code of Conduct and the Trumbull County Jail's Policy and Procedures Manual.

7. Plaintiff Michele Rafferty has no personal knowledge of the training that Defendant Charles Drennen received before or during his tenure as a corrections officer at the Trumbull County Jail.



Fishel Hass Kim
Albrecht Downey LLP
Attorneys at Law

400 South Fifth Street
Suite 200
Columbus, Ohio 43215-5430

(614) 221-1216 PH
(614) 221-8769 FX
www.fishelhass.com

8. Plaintiff Katie Sherman has no personal knowledge of the training that Defendant Charles Drennen received before or during his tenure as a corrections officer at the Trumbull County Jail.

9. Defendant Charles Drennen was assigned to work in the female pod at the Trumbull County Jail, among various other job duties.

10. Defendant Charles Drennen never asked Plaintiff Michele Rafferty to engage in any lewd, sexual, or inappropriate conduct.

11. Defendant Charles Drennen is married with two children.

                                                              Respectfully Submitted,

s/Sarah Thomas Kovoor (6/26/17 email auth.)
Sarah Thomas Kovoor (0069223)
Thomas D. Lambros (0049206)
FORD, GOLD, KOVOOR & SIMON, LTD.
8872 East Market Street
Warren, Ohio 44484
(330) 856-6888 – Telephone
(330) 854-7550 – Fax
Sarah.thomas.kovoor@gmail.com
*Counsel for Plaintiffs*

s/Angelica M. Jarmusz
Daniel T. Downey (0063753)
Angelica M. Jarmusz (0092249)
FISHEL HASS KIM ALBRECHT DOWNEY LLP
400 South Fifth Street, Suite 200
Columbus, Ohio 43215
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fishelhass.com
ajarmusz@fishelhass.com
*Counsel for Defendant Charles Drennen*

Carl E. Cormany (6/26/17 email auth.)
Todd M. Raskin (0003625)
Carl E. Cormany (0019004)
Cara M. Wright (0084583)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906 – Telephone
(440) 248-8861 – Fax
traskin@mrrlaw.com
ccormany@mrrlaw.com
cwright@mrrlaw.com
*Counsel for Defendants Trumbull County, Ohio, Thomas L. Altiere, Sheriff (in his official capacity), and Eric Shay, Lieutenant (in his official capacity)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 27th day of June, 2017 through the Court's electronic filing system:

                                                  s/Angelica M. Jarmusz
                                                  Angelica M. Jarmusz (0092249)
                                                  FISHEL HASS KIM ALBRECHT DOWNEY LLP
                                                  *Attorney for Defendant Charles Drennen*

FHK AD LLP — FISHEL HASS KIM ALBRECHT DOWNEY LLP — Attorneys at Law

3

400 South Fifth Street
Suite 200
Columbus, Ohio 43215-5430

(614) 221-1216 PH
(614) 221-8769 FX
www.fishelhass.com