UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE L. RAFFERTY, et al., | ) | CASE NO.: 4:16CV00430 |
| Plaintiffs, | ) ) | JUDGE: BENITA PEARSON |
| vs. | ) ) | **DEFENDANTS TRUMBULL COUNTY SHERIFF ALTIERE AND LT. SHAY'S** |
| TRUMBULL COUNTY, OHIO, et al., | ) ) | **RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |
| Defendants | ) ) | |

Now come Defendants, Trumbull County, Ohio, Thomas L. Altiere, Sheriff (in his official capacity), and Eric Shay, Lieutenant (in his official capacity), by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and for their Response to Plaintiffs' First Set of Interrogatories, state as follows:

**Interrogatory No. 1**

State the date on which Charles Drennen was hired as a corrections officer at the Trumbull County Jail.

**Answer:**

July 19, 2010

**Interrogatory No. 2**

State the date on which Charles Drennen's employment at the Trumbull County Jail ended.

**Answer:**

May 15, 2014.

**Interrogatory No. 3**

State the reason(s) why Charles Drennen's employment at the Trumbull County Jail ended.

**Answer:**

He resigned.

**Interrogatory No. 4**

State the name and job title of each person who served as Charles Drennen's direct supervisor during his employment as a corrections officer at the Trumbull County Jail.
**Answer:**

July 2010- August 2011 Eric Shay/John O'Brien
September 2011 – May 2012 John Buch
June 2012 – May 2013 John O'Brien
June 2013 – November 2013 Nichole O'Brien
December 2014 – May 2014 John Buch

**Interrogatory No. 5**

With regard to each person identified in response to Interrogatory No. 4 above, state the dates during which he or she served as Charles Drennen's direct supervisor.

**Answer:**

Please see response to Interrogatory No. 4.

**Interrogatory No. 6**

Was Charles Drennen ever disciplined during his employment as a corrections officer at the Trumbull County Jail?

**Answer:**

Yes.

2

### Interrogatory No. 7

If the answer to Interrogatory No. 6 above is yes, state each date on which discipline was imposed on Charles Drennen.

### Answer:

Discipline was imposed on December 31, 2012.

Discipline was proposed on July 16 2013 and accepted by Mr. Drennen on August 1, 2013.

### Interrogatory No. 8

If the answer to Interrogatory No. 6 above is yes, state the reason for each discipline imposed on Charles Drennen.

### Answer:

Mr. Drennen was disciplined for abusing sick leave.

### Interrogatory No. 9

If the answer to Interrogatory No. 6 above is yes, describe the conduct which led to the discipline imposed on Charles Drennen.

### Answer:

On December 31, 2012 Drennen was warned that he had utilized 4 days of sick leave and would be disciplined if he missed work against.

He called off work on July 6, 2013.

**Interrogatory No. 10**

If the answer to Interrogatory No. 6 above is yes, state the name(s) of the person(s) who made the decision to take disciplinary action against Charles Drennen.

**Answer:**

Lt. Eric Shay

**Interrogatory No. 11**

If the answer to Interrogatory No. 6 above is yes, state the discipline(s) imposed on Charles Drennen.

**Answer:**

December 31, 2012: Received a written warning
July 31, 2013: Received a one day suspension

**Interrogatory No. 12.**

Was Charles Drennen ever investigated for any reason during the time he was employed as a correction officer at the Trumbull County Jail?

**Answer:**

Yes.

**Interrogatory No. 13**

If the answer to Interrogatory No. 12 above is yes, state when Charles Drennen was investigated.

**Answer:**

The investigation began on May 5, 2014.

**Interrogatory No. 14**

If the answer to Interrogatory No. 12 above is yes, state why Charles Drennen was investigated.

**Answer:**

Several female inmates stated that they had been harassed and threatened by Mr. Drennen.

4

**Interrogatory No. 15**

If the answer to Interrogatory No. 12 above is yes, state the names of all persons who participated in any investigation of Charles Drennen.

**Answer:**

Major Thomas Stewart conducted the investigation.

**Interrogatory No. 16**

During the period from January 1, 2007 to the present, has any female inmate of the Trumbull County Jail alleged that a male corrections officer acted inappropriately toward her?

**Answer:**

Yes.

**Interrogatory No. 17**

If the answer to Interrogatory No. 16 above is yes, state the name of the female inmate who made the complaint.

**Answer:**

Incident #1
Jenna Floravit
Tasha Cooper
Priscilla Miller

Incident #2
Christina Boyle

Incident #3
Michelle Pickens

Incident #4
Miranda Sprague

5

**Interrogatory No. 18**

If the answer to Interrogatory No. 16 above is yes, state the name of the corrections officer named in the female inmate's complaint.

**Answer:**

Incident #1
Stephen Macrinos

Incident #2
Anthony Delmont

Incident #3
Anthony Delmont

Incident #4
George Palmer

**Interrogatory No. 19**

If the answer to Interrogatory No. 16 above is yes, state the substance of the complaint.

**Answer:**

Incident #1

Ms. Floravit, Ms. Cooper and Ms. Miller complained that Mr. Macrinos would observe Ms. Floravit while she was showering.

Incident #2

Ms. Boyle complained that Mr. Delmont utilized her inmate file to obtain her cell phone number and send her text messages.

Incident #3

Ms. Pickens, a former inmate, complained after her release the Mr. Delmont had utilized heroin with her and then raped her.

Incident #4

Ms. Sprague complained that she and Mr. Palmer engaged in oral sex while she was an inmate at the Trumbull County Jail.

**Interrogatory No. 20**

If the answer to Interrogatory No. 16 above is yes, state the manner in which the complaint was resolved.

**Answer:**

Incident #1

Mr. Macrinos was given a 15 day suspension and signed a last chance agreement. He subsequently violated his last change agreement and was terminated for matters unrelated to his interactions with female inmates.

Incident #2

The Sheriff's Office terminated Mr. Delmont. Mr. Delmont grieved his termination and, pursuant to the collective bargaining agreement, the termination went to arbitration. The arbitrator reinstated his employment.

Incident #3

Mr. Delmont resigned.

Incident #4

Mr. Palmer's employment was terminated. He was criminally prosecuted and charged with sexual battery. He pled guilty to obstructing official business and public indecency.

> Respectfully submitted,
> MAZANEC, RASKIN & RYDER CO., L.P.A.
>
> /s/Cara M. Wright
> TODD M. RASKIN (0003625)
> CARA M. WRIGHT (0084583)
> 100 Franklin's Row
> 34305 Solon Road
> Cleveland, OH 44139
> (440) 248-7906
> (440) 248-8861 – Fax
> Email:  traskin@mrrlaw.com
> cwright@mrrlaw.com
>
> Counsel for Defendant Trumbull County, Ohio, Thomas L. Altiere, Sheriff (in his official capacity), and Eric Shay, Lieutenant (in his official capacity)

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, a copy of the foregoing Defendant Trumbull County's Responses to Plaintiffs' First Set of Interrogatories was served by depositing same in first-class United States mail, postage prepaid, to the following:

Sarah Thomas Kovoor, Esq.
Thomas D. Lambros, Esq.
Ford, Gold, Kovoor & Simon
8872 E. Market Street
Warren, OH 44484
Email Address: sarah.thomas.kovoor@gmail.com

*Attorneys for Plaintiffs Michele L. Rafferty and Katie L. Sherman*


Daniel T. Downey, Esq.
Angelica Jarmusz, Esq.
Fishel Hass Kim Albrecht LLP
400 South Fifth Street, Suite 200
Columbus, OH 43215
Email Address: ddowney@fishelhass.com
             ajarmusz@fishelhass.com

*Attorney for Defendant Charles Drennen*


                                                       */s/Cara M. Wright*
                                                       TODD M. RASKIN (0003625)
                                                       CARA M. WRIGHT (0084583)

                                                       Counsel for Defendant Trumbull County, Ohio,
                                                       Thomas L. Altiere, Sheriff (in his official capacity),
                                                       and Eric Shay, Lieutenant (in his official capacity)

CORSA-160062/County Response- Roggs

## VERIFICATION

I, Eric Shay, hereby swear that the foregoing Answers to Interrogatories and Requests for Production of Documents are true and accurate to the best of my knowledge, belief, and recollection.

Date: 6-20-17

STATE OF OHIO )
) SS.
COUNTY OF TRUMBULL )

SWORN TO and SUBSCRIBED in my presence this 20 day of June, 2017.

Notary Public

DANIEL J. MASON
Notary Public, State of Ohio
My Commission Expires 4 MAR 18