---

**Page 1**

1    UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF OHIO
          EASTERN DIVISION
3        HON. BENITA Y. PEARSON

      CASE NO. 4:16CV0430
4

5
MICHELE L. RAFFERTY, ET AL.,    )
6                               )
          Plaintiffs,           )
7                               )
      VS.                       )
8                               )
TRUMBULL COUNTY, OHIO, ET AL.,  )
9                               )
          Defendants.           )
10

11
          DEPOSITION OF CHARLES E. DRENNEN
12

13        DEPOSITION taken before me, Mary J. Carney, a Notary

14   Public within and for the State of Ohio, on February 24,

15   2017, pursuant to Notice and at the time and place therein

16   specified, to be used pursuant to the Federal Rules or by

17   agreement of counsel in the aforesaid cause of action,

18   pending in the United States District Court for the

19   Northern District of Ohio, Eastern Division.

20

21

22

23

24        REF NO. 144548A

---

**Page 3**

1                    INDEX
2
3
4   EXAMINATION BY MS. KOVOOR - PAGE 5
5
6
7   OBJECTIONS AND MOTIONS:
8   BY MR. DOWNEY:  PAGE(S) 16, 17, 19, 20, 22, 23, 24, 25,
9   38, 39, 40, 41, 42, 43, 47, 60, 65, 68, 69, 72, 78, 85,
10  88, 89, 90.
11  BY MR. RASKIN:  PAGE(S) 19, 20, 38, 39, 40, 41, 66, 88.
12
13
14  PLAINTIFF'S EXHIBITS INTRODUCED:
15  NO. 1 - PAGE 12
16
17
18
19
20
21
22
23
24

---

**Page 2**

1
2              APPEARANCES
3
4   On Behalf of Plaintiffs:
5   Sarah Thomas Kovoor, Esquire
    Ford, Gold, Kovoor & Simon
6   8872 East Market Street
    Warren, OH  44484
7   330-856-6888
    Kovoor@neo-lawgroup.com
8
9   On Behalf of Defendant,
    Trumbull County, Ohio:
10
    Todd M. Raskin, Esquire
11  Mazanec, Raskin & Ryder Co., L.P.A.
    100 Franklin's Row
12  34305 Solon Road
    Cleveland, Ohio  44139
13  440-248-7906
    traskin@mrrlaw.com
14
15  On Behalf of Defendant, Charles Drennen:
16  Daniel T. Downey, Esquire
    Angelica M. Jarmusz, Esquire
17  Fishel Hass Kim Albrecht LLP
    400 South Fifth Street, Suite 200
18  Columbus, OH  43215
    614-221-1216
19  ddowney@fishelhass.com
    ajarmusz@fishelhass.com
20
21
    Also Present:
22
    Ms. Michele L. Rafferty
23  Ms. Robin Wilson
24

---

**Page 4**

1
2
3              STIPULATIONS
4
5        It is stipulated and agreed by and between
6   counsel for the parties hereto that this deposition may
7   be taken at this time, 9:11 a.m., February 24, 2017, in
8   the offices of the Trumbull County Sheriff's Department,
9   150 High Street, N.W., Warren, Ohio, 44481.
10       It is further stipulated and agreed by and
11  between counsel that the deposition may be taken in
12  shorthand by Mary J. Carney, a Notary Public within and
13  for the State of Ohio, and may be by her transcribed with
14  the use of computer-assisted transcription; that the
15  witness will read and sign the finished transcript of his
16  deposition.
17
18
19
20
21
22
23
24

Page 5

1       WHEREUPON,
2       CHARLES E. DRENNEN,
3       of lawful age, being by me first duly
4       sworn to testify the truth, the whole
5       truth, and nothing but the truth, as
6       hereinafter certified, deposes and
7       says as follows:
8   EXAMINATION:
9   BY MS. KOVOOR
10  Q       Would you state your name, Mr. Drennen?
11  A       Charles E. Drennen.
12  Q       Would you state your present address?
13  A       3035 Ridge Avenue, Warren, Ohio.
14  Q       Are you married --
15  A       Yes.
16  Q       -- separated or divorced?
17  A       Married.
18  Q       Do you have -- how many children do you
19  have?
20  A       Two.
21  Q       What are their ages?
22  A       Twenty-one, eighteen.
23  Q       And what are their names?
24  A       Charles and Allison.

Page 6

1   Q       What is your wife's name?
2   A       Rebecca.
3   Q       Is she employed?
4   A       Yes.
5   Q       Where is she employed?
6   A       United States Post Office.
7   Q       And you're currently unemployed; is that
8   correct?
9   A       Correct.
10  Q       Okay.  When was your last employment?
11  A       I got laid off December 30.
12  Q       And where would that have been from?
13  A       That was from Schmid Mechanical.
14  Q       Could you spell the name out, please,
15  for me?
16  A       S-C-H-M-I-D.
17  Q       And that would be December 30 of what
18  year, 2016?
19  A       Correct.
20  Q       Why were you laid off?
21  A       Lack of work.
22  Q       Okay.  Prior to that, were you employed?
23  A       I was, yes.
24  Q       And where was that?

Page 7

1   A       Firestone Mastercare.
2   Q       And what did you do there?
3   A       I was an automotive technician.
4   Q       Okay.  And was that also true in your
5   last job; you were an automotive technician?
6   A       I'm sorry?
7   Q       In your last position, were you also
8   a --
9   A       No, ma'am, no.  I'm a sprinkler fitter
10  at Schmid Mechanical.
11  Q       Okay.  And why were you laid off in your
12  job there, in the last, not --
13  A       Firestone?
14  A       Firestone, yeah.
15  A       I had quit.
16  Q       And why did you quit?
17  A       For better employment.
18  Q       Okay.  Prior to that were you employed?
19  A       Prior to Firestone I worked for -- let
20  me think.  Where did I work prior to Firestone?  I was off
21  for a while.  My last company, I believe it was RNL, which
22  is another mechanical contractor.
23      (Discussion off the record as Michele Rafferty
24  entered the deposition room.)

Page 8

1   Q       (BY MS. KOVOOR)  Back on the record,
2   okay.  You said you did not have work for a period of
3   time; is that correct?
4   A       Correct.
5   Q       Okay.  What were you doing for money?
6   A       I worked at a temp agency for a short,
7   short period of time basically, and I was doing odd jobs
8   while my wife worked for --
9   Q       Did you apply for unemployment at that
10  time?
11  A       I did, and I wasn't eligible.
12  Q       Okay, so you waited till?
13  A       Correct.
14  Q       When did you apply for unemployment?
15  A       The 30th, when I had enough time from
16  working with Schmid.
17  Q       December 30, 2016 --
18  A       Correct.
19  Q       -- you applied for unemployment?  And
20  that's in Trumbull County?
21  A       Schmid Mechanical is in Wooster.
22  Q       So where did you apply for unemployment?
23  A       Well, through our union.  I worked for
24  or I'm a Union Local 669 sprinkler fitter.

Page 9

1 Q      Okay.
2 A      And that's done all through our union.
3 Q      All right.  And where was that union
4 located?
5 A      It's in -- it's out of Columbus,
6 actually.
7 Q      Okay.
8 A      The main office is, but we're worldwide.
9 Q      Did you have a representative that you
10 worked with from the union?
11 A      I have a business agent.
12 Q      And who is that?
13 A      Sean Murphy.
14 Q      Okay.  And he's out of Columbus also?
15 A      No, Sean's all over the country.  He's
16 out of District 14, which is our district.
17 Q      Is that S-E-A-N or S-H-A-W-N?
18 A      S-E-A-N Murphy.
19 Q      Do you have a phone number for him?
20 A      I do not on me.
21 Q      Okay.  Do you have an address?
22 A      No, I don't have that, no, ma'am.
23 Q      We've discussed several periodic
24 employments.  Prior to that did you work at Trumbull

Page 10

1 County Jail as a corrections officer?
2 A      Prior to?
3 Q      The last one would be what; the latest
4 would be Firestone, right, or some temp agencies?
5 A      No, no, no, no, no, I worked for -- I
6 worked for a couple different mechanical contractors after
7 I resigned from Trumbull County.
8 Q      Could you list those for me?
9 A      Sure.  The first one was RNL Mechanical
10 Fire Protection, and the second one was North Coast Fire
11 Protection, which is in town here.
12 Q      And what positions did you hold?
13 A      Sprinkler fitter.
14 Q      And what were the reasons for you
15 leaving those organizations?
16 A      The lack of work.  I mean, that's part
17 of our -- that's part of our thing, when the work runs
18 out.
19 Q      How long were you employed in both those
20 places?
21 A      Oh, man, I was at -- I was at North
22 Coast for about a year and a half.  I was at RNL for a
23 very short time, maybe three months.  They didn't have a
24 lot of work there.

Page 11

1 Q      Where are those located?
2 A      North Coast is in Warren down the street
3 here; and RNL, I've never been to the main office, but I
4 believe he's in Canton.
5 Q      Okay.  Have you ever applied for Social
6 Security disability?
7 A      Disability, no.
8 Q      Prior to all these other temporary or
9 periodic positions, were you employed as a corrections
10 officer at the Trumbull County Jail?
11 A      Yes.
12 Q      When did you first work as a corrections
13 officer at the Trumbull County Jail?
14 A      I believe it was, July 10 was when my
15 starting date of 2010.
16 Q      Okay.  And when did you last work?
17 A      August 4 I believe.
18 Q      Of what year?
19 A      It was '14.
20 Q      What was your reason for leaving
21 Trumbull County?
22 A      I left Trumbull County because there was
23 no reason for me to stay here.  The only reason I was here
24 in the first place was to be a full-time road officer, and

Page 12

1 I didn't feel I was going to get that opportunity.
2 Q      Was that the reason that you decided to
3 resign?
4 A      Correct.
5 Q      Was that the stated reason that you
6 decided to resign?
7 A      Correct.
8 Q      I'm going to just show you, this is just
9 a note from Leslie Stredney to Major Stewart regarding
10 your resignation?
11 A      Uh-huh.
12        MR. RASKIN:  I'm sorry, are you going to
13 mark this?
14        MR. DOWNEY:  Are you going to mark it?
15        MR. RASKIN:  Yeah, I see.  Okay, thank
16 you.
17        MS. KOVOOR:  We'll mark that as
18 Plaintiff's Exhibit 1.
19 Q      (BY MS. KOVOOR)  Could you read it?
20 A      Oh, sure.  At the very bottom, "With a
21 heavy heart, I, Charles Drennen, officially resign from
22 the Trumbull County Adult Justice Center," yes.
23 Q      Was that sent by you?
24 A      Yes.

Page 13

1  Q        Is that your email?
2  A        That is not my email.
3  Q        So this was forwarded?
4  A        Yeah, it was forwarded, yeah.
5  Q        From whom to whom, if you know?
6  A        I'm thinking I called into booking and
7  asked for her email.  And I, yeah, I believe that's what I
8  was doing.  I was working.  I was working at the airport
9  for security, and I believe she called me, if I'm not
10 mistaken, and asked me if I was doing okay and she needed
11 a designated -- she needed something on paper.  And --
12 Q        She meaning Leslie Stredney?
13 A        Yeah, she needed something on paper.
14 Q        And what was her position here at the
15 jail?
16 A        She was like their main secretary, I
17 thought, for the Sheriff.
18 Q        Okay.
19 A        Stredney.
20 Q        So did you do a handwritten note, or is
21 this something that you told her or that you emailed her?
22 A        I think I told her that.  I am -- I'm
23 not sure.
24 Q        Okay.

Page 14

1  A        But I do vaguely remember talking to
2  her, and that's exactly what I said.
3  Q        Okay.  Including having a heavy heart;
4  is that right?
5  A        That is correct.
6  Q        Why would you have a heavy heart if
7  you're just leaving --
8  A        I didn't like --
9  Q        -- to be on the road more?
10 A        I didn't like the way I left.  I didn't
11 like the way it happened.
12 Q        Okay.  Could you explain that?
13 A        Sure.  I -- I didn't like the way I had
14 to resign from my position.  It was, it didn't go over
15 well, and I felt like I -- I let down the badge and the
16 office, and there wasn't any other reason for me to pursue
17 this career.
18 Q        All right, let's go into detail with
19 that.  You said you didn't like how you had to resign?
20 A        Correct.
21 Q        What do you mean by that?
22 A        I mean, I was -- the only reason I was
23 at this job to begin with was to be full-time on the road.
24 That was it.  I didn't want to make the jail a full-time

Page 15

1  career.
2  Q        But you were here almost four years?
3  A        Correct, 'cause I really wanted to be on
4  the road here, and that's what it takes sometimes.  It
5  takes ten years, you know.  I was -- I was very, very
6  close to getting out.  I was on the list.  I was very
7  close.
8  Q        You said you had to resign?
9  A        For myself I did, sure.  That was my
10 decision.
11 Q        Subsequent to you leaving your position
12 here, did you attempt to end your life?
13 A        No.
14 Q        You never had to go into a hospital for
15 suicide?
16 A        No, sir.
17 Q        Attempted suicide?
18 A        Never attempted suicide, never.
19 Q        Are you on any medications today?
20 A        Am I on any medications today?  I
21 take -- I'm taking an antidepressant, yes.
22 Q        Okay.  But that doesn't -- does that
23 affect any manner of how you're going to be testifying
24 today?

Page 16

1  A        Absolutely not.
2  Q        All right.  Have you been seeing a
3  psychiatrist for depression?
4  A        No.
5  Q        How did you receive your medication
6  then?
7  A        Through my family doctor.
8  Q        So you're seeing an internist or a
9  family doctor?
10 A        Yes.
11          MR. DOWNEY:  I'm going to object to this
12 line of questioning.  He's here to answer questions
13 regarding this.  This is not a medical deposition of him.
14 You already know he's able to answer the questions
15 accurately.  This line of questioning, I'm going to
16 instruct him not to answer.
17          MR. RASKIN:  Excuse me, just as a
18 housekeeping matter, you said you were going to mark
19 Exhibit 1.  I've not seen that marked.
20     (Discussion off the record.  The reporter marked for
21 identification Plaintiff's Exhibit 1.)
22          MS. KOVOOR:  Why don't we just give the
23 packets to them and that way they have everything versus
24 individually.

Page 17

1    MR. RASKIN: These are going to be the
2 Exhibits you're going to use today?
3    MS. KOVOOR: Yes.
4    MR. RASKIN: Okay, so give me just a
5 minute so I can get out what you've just marked as
6 Exhibit 1, please. Okay, thank you.
7 Q    (BY MS. KOVOOR) Okay. During your
8 employment application, during the course of your applying
9 for the Trumbull County Jail as corrections officer, were
10 you completely accurate in your answers to their
11 questions?
12 A    Yes.
13    MR. DOWNEY: Objection. You can answer.
14 Q    I'm sorry?
15    MR. DOWNEY: You can answer.
16 A    Yes.
17 Q    So there was no inaccuracies whatsoever
18 in your employment application to the Trumbull County Jail
19 as a corrections officer?
20 A    No.
21 Q    In your own words, what is the
22 relationship between a corrections officer and a Trumbull
23 County Jail inmate?
24 A    Care, custody and control, basically.

Page 18

1 Q    And what does that mean?
2 A    That means you make sure the inmate is
3 cared for, you keep them in custody, and you control them,
4 basically.
5 Q    And what do you mean by control?
6 A    Well, I mean keep them from hurting
7 themselves, from hurting others, from destroying property,
8 following directions.
9 Q    Would you consider that a corrections
10 officer at the jail is in a position of authority over the
11 inmates then?
12 A    Absolutely.
13 Q    Okay. Do you believe that as a
14 corrections officer at the jail, you can have an influence
15 over the quality of an inmate's stay while incarcerated?
16 A    You can have a?
17 Q    You can have an influence over the
18 quality of an inmate's stay while they're incarcerated?
19 A    Well, you could -- I mean, the basics
20 are the basics. They get what they get at a certain time
21 period. If they were to need something more within the
22 boundaries of my job, you know, it could be better that
23 way.
24 Q    So your actions could affect the quality

Page 19

1 of an inmate's stay, as a corrections officer?
2 A    Basically.
3 Q    Yes?
4 A    Sure, I mean.
5 Q    As a corrections officer at the Trumbull
6 County Jail, do you have authority to give mandatory
7 direction to inmates?
8 A    Yes.
9 Q    What are the consequences of an inmate's
10 failure or refusal to follow directions given by you as a
11 corrections officer?
12 A    It would be failure to -- failure --
13 failure to, you know, comply with a direct order from an
14 officer, basically.
15 Q    What would be the inmate's consequences
16 if they failed or refused an order?
17    MR. DOWNEY: Objection. Form. You can
18 answer.
19    MR. RASKIN: I'm going to object as to
20 vagueness.
21 Q    Do you know, what are the consequences
22 of an inmate's failure or refusal to follow directions
23 given by a corrections officer at the Trumbull County
24 Jail?

Page 20

1    MR. DOWNEY: Objection.
2    MR. RASKIN: Objection. Vagueness.
3    MR. DOWNEY: Form.
4 Q    You can answer.
5    MR. DOWNEY: You can answer.
6 A    It depends on the severity. I mean,
7 I'll give you an example.
8 Q    Go ahead.
9 A    If an inmate was ordered to go into a
10 cell and that inmate resisted and it took -- it took more
11 officers to force that inmate in that cell, you know,
12 unless anybody got hurt or there was, the inmate got hurt
13 or an officer got hurt or anything was damaged, you know,
14 that, that would just go on the report of how they acted
15 while they were in the jail. I mean, there's really no --
16 there's really no terrible consequence there. It's --
17 it's an everyday thing.
18 Q    Okay. So for minor infractions by an
19 inmate, you would do a report?
20 A    Sure.
21 Q    Is that correct?
22 A    Sure.
23 Q    Is that what you're supposed to do?
24 A    Sure.

Page 21

1  Q        File a report?
2  A        Absolutely.
3  Q        And what would that report procedure be?
4  A        It's a simple incident report, what
5  happened.
6  Q        But it's written?
7  A        Correct.
8  Q        Okay.  And who is that forwarded to?
9  A        It's -- it goes in a database and
10 it's -- it's looked over by authority in the jail, which
11 would be an assistant warden or a lieutenant, on a regular
12 basis.
13 Q        Okay.  When you say database, are you
14 saying that it's written initially and then stored
15 electronically?
16 A        No, it's -- we type it in.
17 Q        Okay.  Where do you type it in?
18 A        In our computer system.
19 Q        Okay.
20 A        Where -- where they have -- where
21 there's an op for reports.
22 Q        Okay.  So it's saved electronically at
23 the Trumbull County Jail?
24 A        Sure.

Page 22

1  Q        Okay.  What about for more severe
2  infractions?
3  A        Sure, same thing.  It's the same thing.
4  Q        But you said for minor infractions you
5  would do a report?
6  A        And for severe infractions also.
7  Q        Okay.
8  A        Any infraction.
9  Q        All right.  Is there anything more that
10 you would do if the refusal to obey an order is more
11 severe or has more severe consequences?
12 A        I mean, I --
13          MR. DOWNEY: I'll object.  You can
14 answer.
15 A        Is there anything more you would do?  I
16 mean, that, this is the very first thing you would do.
17 Q        Okay.  What's the next thing you would
18 do?
19 A        The next thing you would do is you would
20 wait for it to be assessed.  You know, what, what you've
21 done, it's over, you know.  If you were involved, you
22 wrote a report on it and it goes to higher means.
23 Q        And by higher means, who do you mean?
24 A        I mean an assistant warden or someone

Page 23

1  with more authority that could make those decisions.
2  Q        Okay.  And during that tenure here, who
3  would that be for you?
4  A        The assistant warden on duty usually.
5  Q        Okay.  So you don't mean to Eric Shay
6  specifically?
7  A        No, not to Eric specifically.  I mean,
8  it may end up to Eric, but usually it's the assistant
9  warden on duty.
10 Q        Do you have the power as a corrections
11 officer to punish inmates for infractions of Trumbull
12 County Jail rules and regulations?
13 A        Only by the means of taking away like
14 visitor, commissary.
15 Q        Those are the only things that you can
16 do personally in order to punish an inmate?
17          MR. DOWNEY: Objection.  You can answer.
18 Q        Is that correct?
19 A        Yeah, I mean, that's -- that's pretty
20 much all we did.
21 Q        Okay.  What is your authority to be able
22 to punish an inmate in those means?
23          MR. DOWNEY: Objection.  You can answer.
24 A        My authority to be able to do that?

Page 24

1  It's part of being a corrections officer.  It's part of
2  the care, custody and control of controlling the
3  corrections officer here.  They have to follow certain
4  rules and regulations that the Sheriff put out, and it's
5  the corrections officer's job to make sure those are
6  carried out.
7  Q        Okay.  Does a corrections officer have
8  power to recommend that inmates be punished for
9  infractions of Trumbull County Jail rules and regulations?
10 A        We can -- I mean, it's really up to the
11 authority, you know.  They make the decisions, I mean.
12 Q        But do you have the power to recommend
13 punishment?
14 A        We could -- we could recommend all day
15 long, you know, what we think happened or should happen;
16 but it's not up to us.  You know, we're the soldiers here.
17 Q        Okay.  So is it your position that you
18 don't have the authority to recommend, but you do anyway?
19          MR. DOWNEY: Objection.  Argumentative.
20 You can answer again.
21 A        We -- we can recommend.
22 Q        Okay.  What is your authority to
23 recommend punishment?
24          MR. DOWNEY: Objection.  Asked and

Page 25

1  answered.
2  Q          On what basis can you do that?
3          MR. DOWNEY: Asked and answered. You
4  can answer it again.
5  A          I mean, what is my authority, I'm not
6  understanding. I thought I answered.
7  Q          Are you saying it's based on your
8  position as a corrections officer and your duties for care
9  and control --
10  A          Correct.
11  Q          -- that you can recommend the punishment
12  of an inmate?
13  A          By what they've done.
14  Q          Okay. Is that correct?
15  A          That's correct.
16  Q          Okay. What types of punishments are
17  imposed for inmates who violate Trumbull County Jail rules
18  and regulations? I'm just going to from now on say jail
19  instead of Trumbull County Jail. I'm going to assume that
20  you understand I mean this jail, okay?
21  A          That would be, you know, taking away
22  their visits so they can't see their loved ones on
23  designated times and taking away their commissary so they
24  can't have money sent in to buy junk food.

Page 26

1  Q          Okay. Would that be it?
2  A          Basically, yeah.
3  Q          During the time you worked as a
4  corrections officer here at the Trumbull County Jail, was
5  Katie Sherman an inmate of that jail?
6  A          Yes, she was.
7  Q          Was Michele Rafferty an inmate of that
8  jail?
9  A          Yes.
10  Q          During that time were you ever assigned
11  to work in the area in which Katie Sherman was confined?
12          MR. DOWNEY: What time?
13          MS. KOVOOR: I'm asking him that.
14          MR. DOWNEY: What time? During that
15  time. What time are you referring to? His time as a CO,
16  their time when they were here?
17  Q          (BY MS. KOVOOR) During the time when you
18  were a corrections officer at the Trumbull County Jail,
19  were you ever assigned to work in the area in which Katie
20  Sherman was confined?
21  A          Yes.
22  Q          How often?
23  A          We all, we took turns. It was
24  basically, we basically took turns on the third floor.

Page 27

1  Maybe twice a month, something to that effect.
2  Q          On what shifts?
3  A          I've worked all shifts, but at the end I
4  was on midnight turn.
5  Q          The end of what?
6  A          The end of my career here.
7  Q          And how long are you referring to;
8  months, weeks?
9  A          I mean, we bid for I believe it was a
10  year, or less than a year. I was on that shift towards
11  the end of my career here.
12  Q          And that would be midnight shift?
13  A          Correct.
14  Q          Okay. And what is midnight shift?
15  A          Midnight shift is from 11 to 7.
16  Q          11 p.m. to 7 a.m.?
17  A          Correct.
18  Q          Okay. What were your duties when you
19  were assigned to work in that, in the area in which Katie
20  Sherman was confined?
21  A          What my duties on, when assigned to the
22  third floor, there was a male and a female at all times.
23  We are confined to the control pod, which is located in
24  the middle. There are inmate pods all around us that we

Page 28

1  can see. And it's a -- the third floor is an enclosed
2  floor, meaning the officers assigned to that floor
3  maintain that floor alone. They -- they do all the watch
4  tours themselves. No one else comes in, does them and
5  leaves, like the rest of the floors. We're
6  self-contained.
7  Q          Okay. Is that the trustee pod?
8  A          There is a pod on the third floor that's
9  known -- that was formerly known as the trustee pod
10  because we used to have female trustees, but that was
11  before my time. And that's just what they called that
12  certain small pod.
13  Q          Okay. So in your description of the
14  third floor, you're saying there's always two corrections
15  officers?
16  A          A male and a female at all times.
17  Q          Okay. And is there always somebody in
18  control?
19  A          There's always somebody in that control
20  pod.
21  Q          Okay. And while the other individual is
22  touring or checking the inmates, the other person is at
23  the control pod; is that correct?
24  A          Correct.

Page 29

1  Q        Okay.
2  A        Because that other person has to let the
3  person that's out there through doors electronically.
4  Q        Okay. Does that person have a monitor
5  to be able to view a hundred percent of the pod?
6  A        Yes.
7  Q        Or the floor?
8  A        The whole, that whole pod floor, there
9  are cameras everywhere.
10 Q        Okay. How big is that area that we're
11 talking about here?
12 A        How big is what area?
13 Q        The third floor where Katie Sherman was
14 confined?
15 A        So you're talking about the -- you're
16 talking about the inmate pod?
17 Q        Yes.
18 A        Formerly female inmate pod. It wasn't
19 very big. I'm trying to give you a reference. I mean,
20 it's not a very big pod at all. It's kind of -- it's kind
21 of oblong. You enter in one end. You go to the far end.
22 I'd hit my watch tour button, and I'd come out the same
23 way.
24 Q        Is it -- can you estimate the width and

Page 30

1  length of the space?
2  A        It's probably not going to be a great
3  estimation, but let's say 20 by 40 maybe.
4  Q        What were your duties when you were
5  assigned to work in the area in which Katie Sherman was
6  confined?
7  A        What were my duties?
8  Q        (Nodding).
9  A        I was doing watch tours basically.
10 That's what we did at nighttime. The inmates slept. We
11 did paperwork, and every, every 45 to 50 minutes we did a
12 watch tour.
13 Q        And what do you mean by a watch tour?
14 A        A watch tour is when you -- you start at
15 a certain point. There are, in a pod, there are little
16 electronic buttons that are strategically placed at the --
17 at certain corners of the pods, okay, which are in between
18 the cells, above and below. You start at one; you press
19 it; it is acknowledged in central. And on your way to the
20 next button, you are to observe the inmates in their
21 cells, that they are living, breathing bodies. And at
22 midnight turn it requires a form of light. Usually it's a
23 small flashlight.
24       And you go and you hit all those buttons under a

Page 31

1  certain amount of time, which is registered at central.
2  And on the third floor, you don't leave the third floor,
3  okay, so when that floor is complete, you ask central on
4  the radio if watch tour is complete; and if you missed
5  one, you got to go back and hit it, and if you didn't,
6  it's complete.
7  Q        Okay. Is the corrections officer who is
8  in the control section, are they able to hear anything
9  that is happening during your tour?
10 A        Yeah, there are -- there are audio vents
11 that they can put on when they let me in, but they're not
12 very -- they're not very good for audio, but they're --
13 that -- they do -- we do have these; correct.
14 Q        Could you describe these audio vets, is
15 that?
16 A        Vents. They're like little vents on the
17 wall.
18 Q        So the --
19 A        Microphones.
20 Q        So the, I'm going to call it the control
21 corrections officer --
22 A        Uh-huh.
23 Q        -- can press a button and turn that on?
24 A        Sure.

Page 32

1  Q        And be able to listen to you?
2  A        Correct.
3  Q        Okay.
4  A        To make sure, it's a safety -- it's a
5  safety protection.
6  Q        Are you able to let the control
7  corrections officer know that you want to have the audio
8  on?
9  A        It's a gimme usually. It's usually a
10 gimme. Whenever an officer is in a pod by themselves,
11 that should be on for safety. Same, same reason, same
12 reason the control pod officer, if you will, should always
13 have an eye on that officer. It's safety.
14 Q        Was that the case during your work at
15 the third floor in which Katie Sherman was confined?
16 A        Yes.
17 Q        Both you and the control officer
18 followed all these procedures?
19 A        Oh, absolutely, I mean.
20 Q        Who were the control officers that you
21 worked with while you were assigned to work in that pod?
22 A        That evening in particular or --
23 Q        Which evening are you referring to?
24 A        You mean the evening of the incident? I

Page 33

1 don't understand the question.
2 Q       During the course of time during your --
3 A       Oh, there was all, all, all female
4 officers. We all took turns. There wasn't a --
5 Q       Okay. How many female officers would be
6 assigned to that pod?
7 A       Well, there would be -- there would be
8 one male and one female inside all the time. Now, we
9 roved our own pod. What I mean by that is, the only time,
10 the only other corrections officer up there besides us
11 the guy that did the head count. You know what I mean?
12 They walked around; they did a head count, made sure
13 everybody was there. And we'd document in the book and we
14 started our paperwork, and it was lights out and lockdown.
15 Q       Okay. When you say lights out, would
16 the lights be dimmed?
17 A       The lights, there is supposed to be a
18 night light along with a day light, and at night the night
19 light would take the place of the day light.
20 Q       So it would be dimmed?
21 A       Correct.
22 Q       Okay. You mentioned there was cameras
23 all around?
24 A       Correct.

Page 34

1 Q       How many cameras in that pod where Katie
2 Sherman was confined?
3 A       I'm not too positive. I'm thinking at
4 least two, maybe three.
5 Q       Okay. Do you know the mechanics of the
6 actual cameras?
7 A       I've never worked on one, ma'am.
8 Q       Okay. Do you know whether there was a
9 moving eye on the camera or whether it was stationary?
10 A       I -- I believe it was stationary. I
11 mean, I never -- there's no joy stick. You know what I
12 mean? There's no way to manipulate.
13 Q       Okay. Are there blind spots where the
14 camera cannot take surveillance, or the cameras?
15 A       I'm sure there is in the building, I
16 mean.
17 Q       Are there any blind spots in that pod
18 where Katie Sherman was confined?
19 A       I'm not aware of any blind spots in
20 there, unless someone were to create a blind spot by
21 hanging something where something shouldn't be, which was
22 a big problem.
23 Q       Okay. So besides a makeshift blind
24 spot, you should be -- the cameras should be able to view

Page 35

1 everything in that pod.
2 A       Oh, except for the, where they use the
3 restroom and take showers and stuff like that.
4 Q       Because of privacy --
5 A       Correct.
6 Q       -- there cannot be a camera there?
7 Okay. You mentioned a makeshift barrier. If someone, if
8 an inmate were to do that, would you report them?
9 A       Well, mostly it's because they --
10 they're using the bathroom in privacy.
11 Q       Okay. If it was not the case, if they
12 were just doing a makeshift barrier so that you as a
13 corrections officer or another corrections officer could
14 not see what they're doing, would you order them to take
15 that barrier off?
16 A       It would have to come down.
17 Q       It would have to come down for purposes
18 of safety?
19 A       Well, for jail policy.
20 Q       Okay. Is there a written policy
21 regarding these sort of issues?
22 A       I believe there is if you look in the
23 inmate handbook. I mean, a lot of inmates, I don't mean
24 to add, but a lot of inmates, when they use their

Page 36

1 restrooms, they'll take something sticky and a piece of
2 toilet paper and put it on their window. And I knew -- I
3 knew what they were doing. I tried not to give everybody
4 a hard time about that because I sure, I, for one,
5 wouldn't want to be observed constantly while I was trying
6 to, you know, have a bowel movement in an undesirable
7 place with undesirable people. And so I -- I gave them
8 the benefit of the doubt, and if it didn't come down with
9 a -- in a reasonable amount of time, of course, I had to.
10 Q       Okay. Now, you mentioned an inmate
11 handbook. Is this a handbook that's provided to every
12 single inmate when they are brought into the jail?
13 A       They're supposed to get one. They were
14 supposed to get one, but not everybody got an inmate
15 handbook. But they were circulated all through the jail
16 all the time.
17 Q       Was there a handbook that you as a
18 corrections officer was given?
19 A       Well, sure. It was an addendum, I
20 believe. I mean, what you get with the Sheriff's face on
21 it and everything. It's just rules and regulations.
22 Q       Okay. And there are written policies
23 and procedures regarding how a corrections officer is
24 supposed to behave?

Page 37

1  A       Correct.
2  Q       Is that correct?
3  A       Correct.
4  Q       In the employment manual?
5  A       Correct.
6  Q       What is the name of the manual or policy
7  and procedures?
8  A       Policy and procedures basically.
9  Q       Is there any other written information
10 that you as a corrections officer gets in how to follow
11 policies and procedures that the Sheriff provides or the
12 Trumbull County Jail provides?
13 A       We've had training sessions that the
14 state mandated on a regular basis.
15 Q       Okay. But before that, what I'm asking
16 is, is there any, besides this one manual that you get?
17 A       Uh-huh, uh-huh.
18 Q       That you've termed policies and
19 procedures?
20 A       For this jail in particular.
21 Q       For the Trumbull County Jail, do you
22 receive anything else in writing?
23 A       I mean, other than CO school and going
24 upon ourselves to make ourselves better officers to do our

Page 38

1  jobs better above and beyond what they provide here. I
2  mean, the way to answer that again is, whatever they give
3  us to make things better.
4  Q       Okay. So during your tenure here --
5  A       Uh-huh.
6  Q       -- what were you provided besides the
7  written manual that you mentioned earlier?
8  A       Training.
9  Q       Okay. What I'm specifically asking for
10 is in writing. Did you receive anything else in writing
11 besides the written policy and procedure manual?
12 A       Well, we always get -- we always had a
13 leaflet added to our written policy and procedure training
14 manual so when we had training; so, yes, to answer your
15 question.
16 Q       And how long were you trained?
17 A       We got one at least --
18         MR. DOWNEY: Objection. Vague.
19 Q       As a Trumbull County Jail corrections
20 officer, did you receive training prior to you starting
21 your position?
22 A       Yeah.
23         MR. RASKIN: Objection. Asked and
24 answered.

Page 39

1  Q       Okay. And subsequent to you joining the
2  Trumbull County Jail, were you provided training after you
3  joined?
4         MR. RASKIN: Objection. Asked and
5  answered.
6         MR. DOWNEY: You can answer it again.
7  A       Yes.
8  Q       And my question was, how long of
9  training was it?
10        MR. DOWNEY: Objection. Form. You can
11 answer if you can answer.
12 A       CO school -- now this is above and
13 beyond my OPOTA training as a police officer -- CO school
14 I believe was six or seven months long at Kent State that
15 we all had to pass.
16 Q       That's before you joined --
17 A       And take a state test.
18 Q       Is that before you joined the jail?
19 A       That was within a year of being hired in
20 this jail.
21 Q       Okay. And did you go to the month-long
22 CO school?
23 A       Like six months, yes.
24 Q       Is that the name of it, CO school?

Page 40

1  A       That's what they called it, CO school,
2  yeah. It was an OPOTA, correctional OPOTA training, I
3  believe. It was at Kent State. Same place I went.
4  Q       And how often would you go?
5  A       It was like three days a week I'm
6  thinking. Don't quote me on that. I'd have to look at
7  that. But I think it was like three days, three nights a
8  week.
9  Q       Do you get a certificate of completion?
10 A       Oh, sure.
11 Q       And you received that?
12 A       Absolutely.
13 Q       Okay. Did you ever get continuous
14 training once that CO school was done during your three to
15 four years here?
16        MR. RASKIN: Objection. Asked and
17 answered.
18        MR. DOWNEY: Objection. Asked and
19 answered. You can answer.
20 A       Here.
21 Q       At the jail?
22 A       Correct.
23 Q       Okay. And how often was that?
24 A       It varied. It varied upon what was

Page 41

1  going on here.
2  Q          Okay.
3  A          You know what I mean.  We'd like to get
4  everybody done at once, but we couldn't always do that, so
5  it varied.  That was up to administration.  You know, they
6  told us to -- they sent out a memo, told us, you know,
7  this shift has to meet at this time and this place for
8  this type of training and it will take this long.
9  Q          Okay.  Based on your personal knowledge
10  and your memory, how many times did you go for this, this
11  sort of training?  I'm going to call it ad hoc training.
12  A          I mean, I'd be guessing.
13             MR. DOWNEY: Don't guess.
14             MR. RASKIN: Objection.
15  Q          Okay.
16  A          I don't know, to be honest with you.
17  Q          Would you be able to estimate a range of
18  hours that you spent doing these kinds of training?
19             MR. DOWNEY: Objection.  You can answer
20  if you know.
21  A          I'd be guessing.
22  Q          Okay.  During the course of both the
23  corrections officer school and the continuous training at
24  the Trumbull County Jail, were you trained on how to

Page 42

1  report impropriety by an inmate?
2  A          Report impropriety?
3  Q          Report any wrongdoings by an inmate?
4  A          You said, what was the beginning of the
5  question for that?
6  Q          During your training --
7  A          Yeah, sure.
8  Q          -- were you told the procedure on how to
9  report an inmate who was committing any wrongdoing?
10  A          Well, sure, it was, sure, absolutely.
11  Q          Okay.  And would you consider an inmate
12  taking off clothing in front of a corrections officer, a
13  female inmate specifically, improper?
14  A          You're asking me if it -- if I feel it
15  would be improper for a female inmate to take her clothes
16  off in front of a --
17  Q          A male corrections officer?
18  A          Absolutely.
19  Q          Okay.  And that would be something you
20  would report?
21  A          Sure.
22             MR. DOWNEY: Objection.  You can answer.
23  Q          Have you done that during your tenure as
24  a corrections officer at the Trumbull County Jail, ever

Page 43

1  reported a female inmate for removing clothing in front
2  of --
3             MR. DOWNEY: Objection.
4  Q          In front of a male corrections officer?
5             MR. DOWNEY: Objection.  Form.  You can
6  answer.
7  A          You're asking -- now let me get this
8  straight -- if I have ever reported a female inmate taking
9  her clothes off?
10  Q          In front of a male corrections officer,
11  be it you or someone else?
12  A          I've never.  I've never, no.
13  Q          Okay.
14  A          No.
15  Q          Do you know of any corrections officer
16  at the Trumbull County Jail during your tenure here who
17  has reported an inmate for the same reason that I just
18  stated?
19  A          I can't recall, I mean.
20  Q          While you were a corrections officer at
21  the Trumbull County Jail, did you ever see Inmate Katie
22  Sherman without her clothes --
23  A          Yes.
24  Q          -- completely on?

Page 44

1  A          Uh-huh, I seen her pull up her shirt.
2  Q          Did she reveal her naked breasts?
3  A          She did.
4  Q          Okay.  How many times?
5  A          Once.
6  Q          So besides that one time where you saw
7  naked breasts, was there ever any other time or
8  circumstance where you saw Inmate Katie Sherman exposed?
9  A          No.
10  Q          Did you report that incident?
11  A          I did not.
12  Q          Why not?
13  A          I did not report that incident.  I
14  was -- I was very, very close to getting out on the road,
15  and I was stunned that it happened.  And I felt that it
16  would -- it would put me under a bad light, and I didn't
17  need that.  I didn't need that right now.
18  Q          But you --
19  A          For my career.
20  Q          Okay, you said it was very close to you
21  being out on the road.  What do you mean?
22  A          I mean I was close to getting out.  I
23  mean, there's a list, you know, and it goes by seniority
24  and it goes by politics and merit.

Page 45

1 Q        So you were on a list where you were
2 supposed to be able to go out on the road?
3 A        Oh, sure.  It's not a -- it's not the
4 type of list, well, he's number 1, he's number 2, he's
5 number 3.  It's, you know, they take interviews and
6 there's -- people have their opinions, and you hope for
7 the best, but I was --
8 Q        Who has that list?
9 A        Oh, I don't -- I don't know.  That's --
10 Q        Is it part of HR, human resources?
11 A        It's up to the Sheriff basically.
12 Q        But you said you were up on the list?
13 A        Yeah, see, when I said up on the list, I
14 didn't mean there was a physical piece of paper with my
15 name and other potential deputies' names on it.  What I
16 meant was, I was in the running of getting out.  I was the
17 closest I've ever been.
18 Q        How do you know that?
19 A        Politics.
20 Q        What do you mean?
21 A        I mean the word around the jail, people
22 you talk to.
23 Q        Okay.  Who said that you were top on the
24 list or ready to go out on the road that you know?

Page 46

1 A        At the time he was our chief, and it was
2 Chief Guarino, and he was pushing for me really hard.
3 Q        So did he tell you that you were
4 almost --
5 A        He said I was close, I was close.
6 Q        You were close to being out on the road?
7 A        I was close to being out.
8 Q        Did he give you a time frame?
9 A        No.
10 Q        Besides Chief Guarino, did anybody else
11 to your knowledge give any indication that you would be
12 out on the road?
13 A        I mean, yeah.  I -- I worked with
14 Sheriff Altiere's son in Vienna Township.  We were
15 patrolmen part-time.  And he -- he would -- I -- I'd be on
16 him all the time, you know; and he'd tell me, he said, he
17 goes, you're close, you're getting out.
18 Q        And what did --
19 A        It's hearsay, is what it is, but you
20 need that to keep going.  You need positive hearsay in
21 this.
22 Q        What is Sheriff Altiere's son's name?
23 A        Tom.  Or I'm sorry, Michael.
24 Q        Michael?

Page 47

1 A        Michael.  He had Tom and Michael.
2 Michael is the one that I worked with.  Tommy, I never
3 worked with Tom.
4 Q        Okay.  Michael Altiere is the one who
5 told you this?
6 A        Correct.
7 Q        Okay.  And he's now a Warren Police
8 Department detective; correct?
9 A        I didn't know he was a detective, but I
10 know he works for Warren.
11 Q        All right.  Did you ever let the control
12 officer who you worked with on the evening where you saw
13 Katie Sherman naked, did you ever --
14           MR. DOWNEY:  Objection.
15 Mischaracterizes his testimony.  He said he saw her
16 breasts.  We're not going to play that game.
17 Q        When you saw her breasts, how did you
18 see it?
19           MR. DOWNEY:  Objection.  Form.
20 Q        You can answer.
21 A        How did I see them?
22 Q        Yeah, you said you saw her breasts.  How
23 did you see them?
24 A        She was facing towards the window.  I

Page 48

1 hit the control button.  I always scan to make sure
2 everybody's there and nobody's bleeding or fighting or
3 something stupid.  And when I made eye contact, as I was
4 spinning around towards the door, she flipped them up.
5 Q        Okay.  So her breasts were exposed?
6 A        Correct.
7 Q        Okay.  Did you ever inform the control
8 officer you worked with that evening that that incident
9 happened?
10 A        No.
11 Q        Did you inform anybody?
12 A        No.
13 Q        Did you, while at work as a corrections
14 officer at the Trumbull County Jail, did you ever observe
15 Inmate Katie Sherman simulate a sexual act?
16 A        No.
17 Q        Did you ever ask Inmate Katie Sherman to
18 simulate a sexual act?
19 A        No.
20 Q        Did you ever tell Katie Sherman that she
21 was hot?
22 A        No.
23 Q        Or characterize her in that way?
24 A        No.

Page 49

1  Q        Did you have any communication with
2  Katie Sherman during your time there?
3  A        Just professional.
4  Q        What do you mean by professional?
5  A        I mean she -- she'd ask me questions,
6  normal inmate questions.  That's all.  Whether it be, to
7  give you some examples, whether it be a visitors list or
8  is lunch on its way or run-of-the-mill, everyday
9  conversation.
10  Q        Okay.  Regarding a visitors list, what
11  is that?
12  A        A visitors list is a sheet of paper that
13  an inmate writes out that they want to put -- they -- in
14  order for people to visit them during visiting time, they
15  have to have them on a list, okay, which already has to be
16  in the jail database or they can't come in.
17  Q        Okay.  At any point of Katie Sherman's
18  incarceration here, did she provide you with what was
19  purportedly a visitors list?
20  A        She -- she told me it was a visitors
21  list.
22  Q        Did she hand you a piece of paper?
23  A        She handed me the piece of paper.
24  Q        And what was in the paper?

Page 50

1  A        In consisting in the piece of paper,
2  there was a note for me.
3  Q        And what did the note state?
4  A        The note stated that she wanted to get
5  together with me after she got out.
6  Q        Okay.  Was that proper communication
7  between an inmate and a corrections officer?
8  A        No.
9  Q        Did you report that?
10  A        I did not.  I got rid of it immediately.
11  Q        Okay.  Do you know when that was that
12  she gave you this visitors list note?
13  A        I can't -- I didn't write it down and I
14  didn't report it, so I'm going to have to say no.
15  Q        And would it be true that you didn't
16  report it to the control officer as well that you received
17  this note?
18  A        That's true.
19  Q        And you didn't report it to anybody in
20  the jail administration?
21  A        Correct.
22  Q        And you didn't report it to anybody at
23  all?
24  A        Correct.

Page 51

1  Q        Did you ever tell other female inmates
2  at the Trumbull County Jail that you would like to have
3  sexual relations with Inmate Katie Sherman?
4  A        No.
5  Q        Or a non-professional relationship?
6  A        No.
7  Q        Do you know of a Jessica Friends?
8  A        She's an inmate.
9  Q        Do you know when she was an inmate at
10  the Trumbull County Jail?
11  A        Do I know when she was an inmate?  She
12  was there when I was there.  I couldn't give you an exact
13  date, no.
14  Q        Okay.  Do you know if they were, Katie
15  Sherman and Jessica Friends were ever in the same pod?
16  A        I couldn't tell you for sure, but they
17  were all -- they were moved frequently for various
18  reasons.
19  Q        And were you a corrections officer at
20  the time that Jessica Friends was incarcerated here?
21  A        Yes.
22  Q        Okay.  Did you have any communication
23  with Jessica Friends that was professional?
24  A        All professional.

Page 52

1  Q        Okay.  Any that was not professional?
2  A        No.
3  Q        How about Jessica Dean?
4  A        No.
5  Q        Do you know who Jessica Dean is?
6  A        She was an inmate when I was here.
7  Q        Okay.  And did you have any
8  communication with Jessica Dean?
9  A        All professional.
10  Q        Do you know a Michele Rafferty?
11  A        Yes.
12  Q        Who would that be?
13  A        Michele Rafferty?  Michele Rafferty is
14  the -- she's the plaintiff in this case.
15  Q        And she was also an inmate at the
16  Trumbull County Jail?
17  A        That is correct.
18  Q        Okay.  Did you have any communication
19  with Michele Rafferty during your tenure here?
20  A        Sure.
21  Q        Do you know how many times you had
22  communication with Michele Rafferty?
23  A        I mean, how many times I've had
24  communication as a number?

Page 53

1 Q        Yes.
2 A        I couldn't -- I couldn't give you a
3 number on any.
4 Q        Was this an inmate you spoke to often?
5 A        Only when needed be.
6 Q        Do you have any recollection of a
7 conversation with Ms. Rafferty and yourself while you were
8 a corrections officer at the jail?
9 A        Do I have?
10 Q        Any recollection of a conversation you
11 had with Ms. Rafferty?
12 A        Sure.
13 Q        Could you describe that?
14        MR. DOWNEY:  Which one?
15 Q        Well, I'm asking him regarding -- how
16 many conversations have you had with her?
17 A        I can't recall how many conversations I
18 had.
19 Q        Okay.  But do you recall one?
20 A        Yes.
21 Q        Okay.  Could you describe that?
22 A        Sure.  I recall the conversation I had
23 when she stopped me in the pod.
24 Q        Do you know what time of day or night

Page 54

1 this was?
2 A            It was, I believe it was my last watch
3 tour, was --
4            MR. RASKIN:  Take your hands away from
5 your mouth.
6            THE WITNESS:  I'm sorry, sir.
7            MR. RASKIN:  That's okay.  Just so the
8 court reporter can hear you.
9            THE WITNESS:  I'm sorry.
10            MR. RASKIN:  Or me.
11 A            It was late -- late -- early in the
12 morning.  It was my last tour.  It was a midnight turn.
13 Q        Do you know when it was?
14 A        I can't recall what time it was.  I --
15 it's been a long time since I've worked here.  You know
16 what I mean?
17 Q        Do you know what time period, like
18 month, day, week?
19 A        It was -- it had to have been shortly
20 after Sherman left, because she wasn't there at the time.
21 Q        Okay.
22 A        Okay.  I hit the button; they stopped
23 me.
24 Q        Who is they?

Page 55

1 A        Rafferty and Smerdell, I believe.
2 Q        Do you know Smerdell's first name?
3 A        No.
4 Q        Okay.
5 A        And --
6 Q        Smerdell would be another inmate; is
7 that correct?
8 A        Correct.
9 Q        Okay.
10 A        She asked me about Katie, implying that
11 there was something going on between me and her.  I
12 expressed that there wasn't.  There was never anything
13 going on and never will be anything going on.  Never ever,
14 ever happen forever, no way.  They mentioned that the
15 girls in the pod were upset that she was giving me all
16 this attention and it made them jealous, okay.  They told
17 me that they were -- they smoothed things over with the
18 girls in the pod and for that reason they wanted me to
19 bring in some contraband for them.
20 Q        And what contraband would that be?
21 A        That would have been cigarettes, a
22 lighter, and maybe some razors.
23 Q        Okay.  Why do you say maybe some razors?
24 A        That's the way it was put to me.  Maybe

Page 56

1 some razors.  The jail provides razors, obviously, but I'm
2 just speculating, they're not very good razors and you
3 only get one.  They don't last.  They don't go very far.
4 Q        Do you remember who was speaking; was it
5 Rafferty or Smerdell?
6 A        Rafferty.
7 Q        She was the one who was saying the
8 whole --
9 A        Rafferty said the whole thing.
10 Q        And Smerdell was listening?
11 A        Smerdell was -- was whispering in her
12 ear the whole time.  They were sitting side by side on the
13 bunk.
14 Q        Okay.  Would that be proper behavior of
15 an inmate to a corrections officer by Ms. Rafferty or by
16 Ms. Smerdell, the behavior that they were exhibiting?
17 A        Blackmailing?  Blackmailing, absolutely
18 not.
19 Q        Okay.  You consider that very severe?
20 A        I was -- I did, for sure.  I've never
21 been confronted like that.
22 Q        Okay.  Did you immediately go and talk
23 to the control officer and tell her what's happening?
24 A        I did.  I -- I pondered for maybe ten

Page 57

1 minutes maybe to figure out how serious this was and how
2 serious this could be, and it -- and I came to the
3 conclusion it was very, very serious; and I did do that,
4 yes.
5 Q        Okay. Did you at any time ask the
6 control officer to turn the audio on?
7 A        The audio should have been on.
8 Q        Okay.
9 A        I didn't anticipate this happening when
10 I walked in there.
11 Q        So you walked in where exactly?
12 A        I walked in the pod.
13 Q        Okay. Who else was there besides
14 Ms. Rafferty and Ms. Smerdell?
15 A        There may have been other inmates, but
16 I -- I don't recall who they were or where they were
17 positioned.
18 Q        Okay. And who was the control officer
19 at the time?
20 A        Who was working with me?
21 Q        Yes.
22 A        Rose O'Brien.
23 Q        And what did she state to you when you
24 told her this?

Page 58

1 A        Rose, Rose, Rose didn't give me -- she
2 didn't give me too much comfort as far as this was
3 concerned. I didn't -- I don't think she recognized the
4 seriousness of it. And I got a second opinion.
5 Q        Okay. What did you tell Rose O'Brien
6 specifically?
7 A        I told her exactly what happened. I was
8 like, hey, I just walked in there; these two females are
9 threatening to blackmail me.
10 Q        You used the term blackmail?
11 A        Well, sure.
12 Q        Okay.
13 A        It's the only thing I could think of.
14 Q        Okay.
15 A        And what do you think I should do, you
16 know.
17 Q        And her response was?
18 A        She was like, she was like, well, maybe
19 you should tell somebody, but, you know, it's -- nothing's
20 probably going to come of it. And I was like, well, Rose,
21 shouldn't I just cover my ass, though? I mean, I got to
22 cover my ass. This is serious. This is the first time
23 this has ever happened.
24 Q        Happened to you?

Page 59

1 A        Correct. And it was like, well, you
2 know, do what you want. And I -- I proceeded to get a
3 second opinion.
4 Q        And who did you get that second opinion
5 from?
6 A        I got a second opinion from, oh, God,
7 what's her name. I'm trying to think of her name. I'm
8 just getting a mind blank.
9        MR. DOWNEY: Keep it so we can hear you.
10 A        Oh. I know I worked with her for years.
11 I know who she is. I just can't think of her name. I'm
12 drawing a blank.
13 Q        Had you ever reported other inmates for
14 improper behavior to somebody besides the control officer
15 you were working with? Is there a chain of command, is
16 what I'm getting at?
17 A        The chain of command would be the
18 assistant warden.
19 Q        Okay. Would it be the assistant warden
20 that you went to that evening?
21 A        Eventually, but it was an acting
22 assistant warden. The regular assistant warden was not on
23 duty. We had a corrections officer who was acting as an
24 acting assistant warden. And I'm still trying to think of

Page 60

1 the second female.
2 Q        We can go back to that. The second,
3 when did you go to the second female corrections officer?
4 A        After I talked to Rose.
5 Q        So immediately?
6 A        I -- I called her where she was working.
7 Don't ask me what pod it was 'cause I don't remember. But
8 I called the phone on that pod and I told her the
9 situation, exactly what I told Rose. And she said it
10 would be to my best interest if I called down to Tomko,
11 which was our acting assistant warden, and told him. And
12 the only way I could do that is if Tomko sent a rover up
13 to take my place, 'cause there has to be a male and a
14 female up there all the time, so I could go down and talk
15 to him. That's what I did.
16 Q        Okay. Did that happen immediately?
17 A        Yeah.
18 Q        What time frame are we talking about?
19 Right after this conversation with Rafferty and Smerdell,
20 you went immediately to Ms. O'Brien; is that correct?
21 A        It took -- it took me about --
22        MR. DOWNEY: Objection. You can answer
23 again.
24 A        It took me about ten minutes.

Page 61

1 Q        Ten minutes, okay.  After talking to
2 Corrections Officer O'Brien, how long was it before you
3 talked to the other female?
4 A        I'm thinking.  Yeah, I can't believe I
5 can't remember her name.  It's driving me nuts.  It was
6 immediately.  I called her immediately after I talked to
7 Rose.
8 Q        Okay.  And did you get a response from
9 this female?
10 A        Yes.
11 Q        Immediately?
12 A        Oh, sure.  We were on -- we were on the
13 line.
14 Q        Okay.  And then subsequent to that, how
15 long did it take before you talked to Assistant Warden
16 Tomko?
17 A        Tomko in person downstairs?  It -- the
18 rover that he was sending up to me was in the middle of
19 booking somebody.  So that took, man, it took -- it
20 took a little while.  It may have been 15, 20 minutes
21 'cause he was pushing him to get him up there.  And in
22 that time I don't believe I entered the -- I don't believe
23 I entered the trustee pod again.  I did not go back in
24 there as far as I can recall.

Page 62

1 Q        Okay.  Did you do a written report?
2 A        Yes.
3 Q        Is it called a complaint or is it just a
4 written report?
5 A        Incident report.
6 Q        Okay.  And did you sign this?
7 A        Correct.
8 Q        What did you say in the incident report?
9 A        In the incident report I said the same
10 thing I just told you when you asked me from the very
11 beginning.  I went in, took my last tour, and I was
12 stopped.  I said inmates were sitting closely side by side
13 speaking very low, and they asked me how Katie was doing.
14 They were implying we were boyfriend and girlfriend.  I
15 told them we weren't, that's absurd; I would never date an
16 inmate.  You know, where is this going; where did you get
17 that?
18        All the other inmates here were jealous because of
19 the way that she treated you or whatever and she liked
20 you.  She talked about you all the time.  And we smoothed
21 it over, and she would like you to, you know, for that, we
22 would like you to bring in cigarettes, lighter.
23 Q        Were you aware of Katie Sherman's
24 affection to you?

Page 63

1 A        I was -- I was aware that she -- that
2 she liked me, but I never, never gave that back.
3 Q        Okay.  How were you aware that she liked
4 you?
5 A        I mean, she -- just the, you know, the
6 laughing, the light-hearted laughing bull -- kind of stuff
7 that goes on.
8 Q        Besides laughing, was there any
9 conversations, any talk?
10 A        No, not -- nothing other than
11 professional.  There wasn't any time for that.  I mean,
12 I -- the only reason I stopped and talked to inmates is
13 when they stopped me when they needed something.
14 Q        What happened to the inmates as a
15 consequence of your complaint, if you know?
16 A        What happened to the inmates?
17 Q        Yes, what happened to Smerdell and
18 Rafferty?
19 A        I mean, I -- I assume they were -- they
20 were interrogated or questioned.
21 Q        You're alleging blackmail; correct?
22 A        Oh, absolutely.
23 Q        So weren't you curious as to what
24 happened, what punishment they got?

Page 64

1 A        No.  I mean, at that point, at that
2 point, I mean, what I was there for, which was to be a
3 full-time officer, I mean, and I had a -- I had a pretty
4 impeccable record up to that point, okay; that, that, it
5 was over after that.  I -- I felt I blew it out of
6 proportion, I overreacted, and it was over.
7 Q        I'm sorry?
8 A        And it was over.
9 Q        What was over?
10 A        My career.
11 Q        Because you reported a blackmail by
12 inmates?
13 A        No, no, because of what has transpired
14 from it.
15 Q        What transpired from it?
16 A        What transpired from it?  I reported the
17 blackmail.  I was investigated.  And I knew I was never
18 going to make the road, so I resigned.
19 Q        How did you know that you were never
20 going to make the road?
21 A        That was my opinion.
22 Q        Nobody told you that?
23 A        No, nobody said that.  They don't have
24 to.  It's politics.

Page 65

1  Q       Well, did you hear anything from anybody
2  in administration or Michael Altiere or anyone else?
3  A       No.
4  Q       So you assumed because you had reported
5  inmate impropriety that you were going to be punished?
6          MR. DOWNEY: Objection. You can answer.
7  A       I knew -- I knew I was on the bubble of
8  either being, spending the rest of my life in that jail or
9  doing what I wanted to do, which was to be on the road,
10 okay. I knew there was -- I knew because of being
11 involved with this incident, it was going to hurt that.
12 Q       I'm trying to understand why you would
13 think that. Why would it hurt you when you're reporting
14 misconduct by inmates?
15 A       Well --
16 Q       Did you do anything wrong?
17 A       No, I didn't. What I did wrong is I
18 didn't report when she revealed herself to me. That was
19 my first mistake and my last mistake. And I blame myself
20 for that.
21 Q       Separate and apart from Ms. Sherman's
22 misconduct, did you blame yourself for anything regarding
23 Ms. Rafferty and Ms. Smerdell?
24 A       No.

Page 66

1  Q       You were questioned you said as to what
2  happened; correct?
3  A       Uh-huh.
4  Q       By whom?
5  A       I was questioned? What do you mean?
6  Q       Yeah, by, you said you were -- this was
7  investigated?
8  A       Yeah, by Major Stewart.
9  Q       Okay. Was that the only person you
10 spoke to?
11 A       Basically, yeah. Yeah, he was our --
12 yeah, he was the -- he was the head of internal affairs.
13 Q       Did Eric Shay speak to you?
14 A       No.
15 Q       Did Sheriff Altiere speak to you?
16 A       No.
17 Q       Anyone else?
18 A       No.
19 Q       Okay. When they spoke to you, did
20 they -- did they ask --
21         MR. RASKIN: Objection. Who's they?
22 Q       Well, you said, I'm sorry, that you only
23 spoke to Major Stewart; correct?
24 A       Correct.

Page 67

1  Q       Okay.
2          MR. RASKIN: Thank you.
3  Q       When Major Stewart spoke to you, what
4  did he ask you? What was the focus of the investigation?
5  A       He asked me a ton of different things, I
6  mean, what happened, if there was an incident. What I
7  just explained to you. I mean, what do you want in
8  particular?
9  Q       Was all of your conversation with Major
10 Stewart recorded?
11 A       Yes.
12 Q       Okay. There was nothing outside of
13 that, the recording?
14 A       No.
15 Q       Did you listen to that recording between
16 you and Major Stewart?
17 A       I did.
18 Q       Okay. So there was nothing outside of
19 that recording; is that correct?
20 A       That's correct.
21 Q       All right. After the interview by Major
22 Stewart, were you asked to take a polygraph?
23 A       I was.
24 Q       Were you given your Garrity rights?

Page 68

1  A       I was.
2  Q       Was your union representative with you
3  at the time?
4  A       He was.
5  Q       The whole time?
6  A       Yes.
7  Q       Okay. And what happened based on the
8  request for a polygraph?
9          MR. DOWNEY: Objection. You can go
10 ahead and answer.
11 A       I -- initially I -- I said I was going
12 to take it. I said, yeah, set it up, let's do this, let's
13 get this done, initially. But I lied to the man twice
14 during the interview, and that, that pretty much nailed my
15 coffin, so to speak, for my career. In my mind, that's
16 how I felt.
17 Q       Okay. You said you lied twice during
18 the interview. What?
19 A       I lied twice during the interview.
20 Q       Could you tell me the two lies?
21 A       I lied with marital problems I was
22 having with my wife over financial, and I lied to him when
23 I -- he asked me if her breasts was exposed to me and I --
24 I told him no. And I -- and I knew -- I knew it was over

Page 69

1  right when I told that lie.  I knew it.
2  Q        Why did you know it?
3  A        Because it was a lie and I -- I pretty
4  much disgraced every ideal that I've ever stood for.
5  Q        So you were aware that you violated the
6  policies, practices, and procedures relating to the
7  interaction between male corrections officers and female
8  inmates at the Trumbull County Jail?
9            MR. DOWNEY:  Objection.
10           MR. RASKIN:  Forgive me, I couldn't hear
11  that question.  Would you be kind enough to read it?
12  Q        So, so you became -- you were aware that
13  you violated the policies, practices, and procedures
14  relating to the interaction between male corrections
15  officers and female inmates at the Trumbull County Jail?
16           MR. DOWNEY:  Objection.  Vague.  You're
17  going to have to be more specific with that question.  I
18  mean, answer it if you know.
19  A        I don't know.
20  Q        Okay, let's do it this way.
21           MR. DOWNEY:  Were you asking did he know
22  it's wrong that he saw the woman's breasts and didn't
23  report it?  Then ask that.
24           MS. KOVOOR:  I'll ask my own questions.

Page 70

1  I'll ask my own questions, thank you.
2            MR. DOWNEY:  I may be able to do a
3  little better job of it than you.  But go ahead.
4            MS. KOVOOR:  I'll ask my own questions,
5  okay?
6            MR. DOWNEY:  Go ahead.  Go ahead, move
7  forward.
8            MS. KOVOOR:  Thank you.  Thank you.
9            MR. DOWNEY:  Yeah, go right ahead.
10  Q        (BY MS. KOVOOR)  Were you aware that you
11  violated policies relating to the interaction of male --
12  between male corrections officers and female inmates at
13  the Trumbull County Jail at that time when you were
14  talking to Major Stewart?
15  A        I -- I should have told him that I saw
16  her expose her breasts to me, and I didn't.  That was a --
17  that was a violation.
18  Q        Okay.  A violation of policy?
19  A        Female inmates, they're not supposed to
20  expose themselves to corrections officers, okay, but if --
21  if a female inmate exposed herself to a corrections
22  officer, there's nothing a corrections officer can do
23  other than report it.  Do you understand what I'm saying?
24  So I'm not particularly sure if that is a -- if that's a

Page 71

1  violation.  If that's a violation to an officer that has
2  seen a female inmate expose herself, that's -- that's -- I
3  don't believe that's a violation to the officer because
4  the officer didn't do anything to provoke that.
5  Q        Is it a violation not to report it?
6  A        I'd say it is, yes.
7  Q        Okay.  So is that a violation of
8  Trumbull County policy, jail policy?
9  A        I'm going to have to say it is.
10  Q        Okay.  Was it a violation of Trumbull
11  County Jail practices that you were trained about?
12           MR. RASKIN:  I'm sorry, you keep
13  dropping your voice.
14  Q        Was it a violation of Trumbull County
15  Jail practices that you were trained about?
16           MR. RASKIN:  Practices.  I'm sorry.
17  A        So you're asking --
18  Q        What --
19  A        -- does it state if a female inmate ever
20  exposed herself, we are to report it, in practice
21  purposes?
22  Q        In your training, were you provided
23  recommendations of how to report inmate misconduct?
24  A        Well, sure, there's a --

Page 72

1  Q        Okay.
2  A        Sure.
3  Q        And are there practices that corrections
4  officers do at the jail that you see day in and day out
5  about reporting inmate misconduct?
6  A        Sure.
7  Q        In your opinion, at the time when you
8  were talking to Major Stewart was it a violation of
9  Trumbull County corrections officers' practices?
10  A        I should have -- I should have reported
11  it.
12  Q        So that's a yes?
13           MR. DOWNEY:  Objection.  You can answer
14  it again.
15  Q        Is that a yes?
16  A        Yeah, I should have reported it.
17  Q        Okay.
18           MR. DOWNEY:  We're going to take a
19  break.  It's been an hour and a half.
20  (A recess was taken 10:26 to 10:38 a.m.)
21  Q        (BY MS. KOVOOR)  Okay, we're back.
22  Officer Drennen, we were discussing the investigation by
23  Major Stewart or at least the questioning of you.  At that
24  time you were asked to take a polygraph?

Page 73

1    A          Correct.
2    Q          You initially stated you would?
3    A          Correct.
4    Q          And then you changed your mind?
5    A          Correct.
6    Q          Within a 24-hour period you gave in your
7    resignation; is that correct?
8    A          Correct.
9    Q          And that would be, your resignation
10   would be put in form, proper form, I guess, in Plaintiff's
11   Exhibit 1. Are you required to give something in writing
12   to resign?
13   A          I believe you are, yes.
14   Q          Okay. Are you supposed to give notice?
15   A          You don't have to, no.
16   Q          You can resign right away like this?
17   A          Sure you can.
18   Q          Are you a member of the union, police
19   union?
20   A          We have --
21   Q          Or corrections officers union, I'm
22   sorry?
23   A          I believe we all were. It was in
24   between United Auto Workers and another union when I was

Page 74

1    there. I really wasn't involved in that much. It was
2    more with the -- with the -- the senior corrections
3    officers were trying to work that out. That had to do
4    with pay, and I was hired in with the old contract pay,
5    which was higher.
6    Q          So did you receive severance pay?
7    A          Severance?
8    Q          Leaving here, were you --
9    A          No.
10   Q          -- given any pay? How much were you
11   making immediately prior to your resignation?
12   A          Oh, man, I'm trying to think. I think
13   it was around 15 or 16. I can't remember. I never -- I
14   never looked at my -- it was always direct deposit, and I
15   never -- I never looked at -- I never looked at my checks
16   because my -- my wife handled all that for us.
17   Q          Okay. But you did have two dependents
18   at the time at least?
19   A          Correct.
20   Q          Okay. Did you decide to resign after
21   you were told that you needed to take a polygraph test?
22   A          I was -- I was -- decided to resign in
23   the midst of that -- in the midst of that conversation I
24   had with Stewart. I knew -- I knew immediately I was -- I

Page 75

1    was through when I didn't answer him correctly.
2    Q          But you were scheduled for a polygraph
3    test at the Warren Police Department; correct?
4    A          No, he said he was going to get
5    something and get back to me. It was never a -- there was
6    never a designated schedule of be here at this time.
7    Q          I'm going to now move on to your --
8    well, let me ask you something. To your knowledge, was
9    there any remedial action taken in response to your report
10   of Ms. Smerdell's and Ms. Rafferty's actions?
11   A          Was there any immediate action?
12   Q          Remedial, remedial. Any corrective
13   action taken against the inmates?
14   A          Not to my knowledge, except for the fact
15   that I -- I wasn't able to be -- wasn't able to work on
16   that floor anymore until it was investigated. I had
17   absolutely no contact with them after that.
18   Q          But you were still able to work?
19   A          Well, I was in the building. Just
20   not -- it was not near them.
21   Q          Did you ever communicate to Ms. Rafferty
22   or Ms. Smerdell that you would make their stay here
23   uncomfortable?
24   A          Absolutely not.

Page 76

1    Q          Have you ever had any complaints filed
2    against you by any inmates during your tenure here at the
3    Trumbull County Jail?
4    A          Not that I can recall.
5    Q          Were you ever disciplined for any?
6    A          No.
7    Q          Were you ever disciplined for anything?
8    A          Well, other than sick days. I have been
9    disciplined for sick days. You're only allowed so many,
10   and I -- I violated that.
11   Q          Did you ever tell Ms. Rafferty that
12   you've been investigated several times during your
13   employment as a corrections officer?
14   A          I don't -- I don't understand. When --
15   when did --
16   Q          Did you ever tell Ms. Rafferty that
17   you've been investigated several times during your
18   employment here as a corrections officer?
19   A          I don't recall that, no.
20   Q          Have you ever been questioned by
21   internal affairs previous to this?
22   A          No.
23   Q          Were you concerned that your statement
24   was being audio taped?

Page 77

1  A          Was I concerned?  No.
2  Q          Okay.  You mentioned in your audio tape
3  that, and if I'm stating anything wrong, stop me and
4  correct me, okay, because I have it.  I basically tried to
5  transcribe it.  There's been no transcription, as far as I
6  know, of the audio of your statement, so I'm going by my
7  own transcription of it.  You said -- did you know why you
8  were there, first of all?
9  A          Yes.
10 Q          Okay.  What was the reason for you being
11 there?
12 A          Because of the incident report that I
13 had written for these two women.
14 Q          So they were investigating the inmates
15 at that time; Major Stewart and the administration was
16 there doing an investigation of your report against the
17 inmates; is that correct?
18 A          Correct.
19 Q          Okay.  Was there any other reason for
20 that, for the investigation taking place?
21 A          I mean, not until the investigation
22 started, I was aware that there were apparently
23 allegations against me.
24 Q          Okay.  Did you say that, in the audio

Page 78

1  taped statement, did you state that the girls in the pod
2  used to get jealous that Katie would talk to you?
3  A          According to them.
4  Q          Okay.  So according to the inmates, the
5  inmates were jealous of Katie because she was talking to
6  you; is that correct?
7  A          According to the inmates.  That's what
8  they told me when they --
9  Q          Okay.  To your understanding, who was
10 jealous that Katie was talking to you?
11 A          The inmates, inmates in the pod at the
12 time.  I can't give you any, any specifics because I
13 didn't know it.
14 Q          What reason would they have to be
15 jealous?
16            MR. DOWNEY:  Objection.  Calls for
17 speculation.  You can answer if you know.
18 A          She obviously -- she obviously had a
19 healthy -- unhealthy way of thinking.  I mean, there was
20 no way we were ever going to be together.  It was -- and
21 it was very unhealthy for her to think that way.  And I
22 think it made everybody upset.
23 Q          Okay.  Did you ever give Katie
24 preferential treatment --

Page 79

1  A          No.
2  Q          -- that would cause these girls to be
3  jealous?
4  A          No.
5  Q          Later you said in your statement, your
6  audio statement, that the girls made reference to
7  smoothing something over for you?
8  A          Right.
9  Q          What event was it that was supposed to
10 be smoothed over?
11 A          Well, apparently everybody was,
12 according to them again, everybody was jealous of the --
13 of how Katie felt, Ms. Sherman felt about me.  I mean, I
14 don't know how, any other way to explain that.
15 Q          You stated that you believed yourself to
16 be on Eric Shay's, excuse my language, "shit list,"
17 quote/unquote?
18 A          Yeah, me and Eric didn't see eye to eye
19 a whole lot, I mean, but that was -- that was just a
20 personality conflict.
21 Q          Who was your immediate supervisor?
22 A          My immediate supervisor was John Buch,
23 who is the -- who was the assistant warden on midnight
24 turn.

Page 80

1  Q          Okay.  And who was Eric Shay at the
2  time?
3  A          Eric Shay is a lieutenant.
4  Q          So how many times did you have occasion
5  to interact with Eric Shay?
6  A          How many times?  I mean, just in passing
7  or if -- if something -- if something minor went wrong and
8  he wanted to talk to me about it or just run-of-the-mill
9  jail operations.
10 Q          So you have been under his supervision
11 regarding any conduct that you had?
12 A          Sure.
13 Q          Okay.  Was there any incidences where he
14 questioned you for questionable conduct with inmates?
15 A          Not really.  I mean, through my four
16 years here, I mean, I've made mistakes.  Nothing that
17 would have gotten me in super hot water or suspended, you
18 know what I mean.  And Eric was always a guy to try to
19 make things right and set you straight to make you a
20 better officer.
21 Q          So that's why I'm wondering why you said
22 you believed yourself to be on his shit list?
23 A          Well, I mean, it's just the way we
24 talked in the jail.  You know what I mean.  It was -- I

Page 81

1 could have said -- I could have rephrased that and said,
2 you know, me and Eric haven't been getting along lately,
3 you know, or something to that effect.
4 Q        Later on in the audio taped statement
5 you stated that you transported Cordwell to the county and
6 that she had motive to make up lies about you; is that
7 correct?
8 A        At the time I -- I felt that way, yes.
9 Q        Why?
10 A        Just the way the -- the way the arrest
11 transpired, I was -- I was called to assist Brookfield.
12 And that's all I did; I assisted.  I -- I met them there.
13 Apparently, apparently there was too many suspects that
14 they were comfortable with from -- with only two
15 Brookfield cruisers, so I -- I was on duty, my
16 jurisdiction, by myself, and there was nothing going on;
17 they called for an assist, and I came and I assisted them.
18       And the females were pretty -- they were pretty
19 upset, you know, 'cause they were arrested.  And I -- I
20 don't like to egg things on.  I stand in the background.
21 I do what I'm told.  If you need me to help you, I'll help
22 you.  If you need me to document something, I'll document
23 something, that's fine.  You know, that was my job when
24 assisting another agency.

Page 82

1       And she -- she -- she was -- she was upset that she
2 couldn't tell her boyfriend goodbye.  I had nothing to do
3 with that.  And she expressed, she called me an asshole
4 for that.  And I hear that.  You know, I'm used to that,
5 you know, being, working in a jail.  And then when we got
6 to Brookfield, apparently she wasn't telling the truth to
7 Scott.  He asked if she had an out-of-state ID; she said
8 no.  She ended up pulling something out of her bra
9 apparently that was an ID.  Scott got pretty irate.
10 Q        This would be Scott Thompson?
11 A        Thompson.  She also pulled a cigarette
12 out of her bra or underwear area, underneath her shirt,
13 somewhere underneath there.  I'm just saying bra because I
14 don't know where else she could have put it, but I didn't
15 see it.  She pulled it out.  And there was some talk early
16 on that she would be able to smoke that before she was
17 transported.  Not by me.  And she goes, well, you guys
18 said I could smoke this, and she looked right at me and
19 she goes, when am I going to get to smoke this?  And I go,
20 you're probably not going to get to.  They're not going to
21 let you smoke that.  And again I was -- I was the asshole
22 for that.  And after that I pretty much had enough.  I
23 needed to be back in my own township.  They didn't need me
24 here.

Page 83

1 Q        Okay.  And did you -- did Smerdell --
2 oh, this is Cordwell, I'm sorry.  Did Cordwell call you
3 any other names?
4 A        Not that I can recall at this time.  I
5 mean, she was just very, very irate.  She seemed to be
6 directing all her anger towards me.  And I didn't arrest
7 her, but of course I was there assisting, so --
8 Q        Did you report this conduct by Cordwell?
9 A        No, I -- it wasn't really -- I mean,
10 there was no violation.  There was no crime.  There was
11 nothing against me.  I mean, if -- if I'm walking down the
12 street and somebody calls me an A-hole, I mean, they don't
13 get arrested for that.  You know what I mean?
14 Q        So to you this was minor?
15 A        Well, yeah, it was minor, but it was
16 definitely something I thought at the time important
17 enough to mention to Major Stewart.
18 Q        And is it your impression that that's
19 the basis that she was making up this story about you?
20 A        I don't know why she was making this
21 story up about me.  I can't answer that question.
22 Q        Do you know why Rafferty, DeNicholas,
23 and Smerdell would also report witnessing improper
24 behavior between yourself and Ms. Sherman?

Page 84

1 A        No.
2 Q        Do you believe that Rafferty,
3 DeNicholas, and Smerdell also had motives to make up lies
4 about you?
5 A        I don't see why they would.  I mean,
6 I've never -- I've never done anything in that jail but
7 try to help the inmates that needed help that didn't go
8 beyond the scope of my authority.
9 Q        Do you know whether any of these
10 individuals knew each other, Rafferty, DeNicholas,
11 Smerdell, and Cordwell, prior to being inmates at the
12 jail?
13 A        Do I know for sure?  No.  But I just
14 assumed that they have, you know.  I can't say that they
15 have for sure and I know that for sure, no.
16 Q        Do you know whether any of those inmates
17 that I mentioned, Cordwell, Rafferty, DeNicholas, or
18 Smerdell, knew Katie Sherman prior to being inmates at the
19 jail?
20 A        I can't, no.  I don't keep tabs on them.
21 Q        You stated in your statement
22 that you felt the need to scold and embarrass Katie in
23 front of the other inmates a week before her release?
24 A        I felt the need to?

Page 85

1 Q      Yes.
2 A      I don't --
3        MR. DOWNEY: Objection. It misstates
4 his statement. If you want to talk about the statement,
5 play it. If you have the recording, play it.
6 Paraphrasing it is not going to work.
7 Q      Do you remember making a statement to
8 Major Stewart as to you needing to communicate something
9 to Katie?
10 A      I told Katie -- I told Katie in front of
11 the pod that this was never going to happen. Never, ever,
12 ever going to happen. That's what I told her, in a
13 nutshell.
14 Q      Did you state to Major Stewart that
15 Katie would talk over the intercom to you?
16 A      No.
17 Q      You did not?
18 A      I don't, no. Talk over the intercom to
19 me? I mean, inmates have the -- they have the option to
20 hit an intercom to open my door or close my door, let me
21 out, there's a problem in here, whatever, I mean, but
22 other than -- other than officer-inmate regular, you know,
23 there wasn't -- there wasn't anything out of the ordinary.
24 Q      So Katie was not flirting with you over

Page 86

1 the intercom?
2 A      No, I can't recall her flirting with me
3 over the intercom.
4 Q      Was she ever joking with you through the
5 intercom?
6 A      Not that I can recall. I mean, they
7 would -- they would call in and say stupid things when
8 they were bored; but I mean, it was nothing to -- to get
9 anybody in trouble over.
10 Q      Do you remember anything specific that
11 Katie stated to you that was stupid through the intercom?
12 A      No, I never -- I never memorized any of
13 that stuff and took it to heart. People are bored.
14 Q      Did she provide you anything else in
15 writing besides that note in the visitors list?
16 A      No.
17 Q      Later on in the audio taped statement
18 you stated that Katie, you didn't think Katie writing you
19 love notes was a big deal?
20 A      I mean, there's -- I -- I didn't report
21 it, you know what I mean. So if I didn't report it, I
22 didn't think it was a big deal. It was just, it was
23 immediately discarded.
24 Q      Would she ever refer to you as anything

Page 87

1 but Officer Drennen?
2 A      No.
3 Q      She would not refer to you with any
4 other name?
5 A      No, Drennen is what everybody called me.
6 Q      Would she ever refer to you as Babe?
7 A      Not that I can recall.
8 Q      Or something that would refer to you as
9 her boyfriend?
10 A      No, no.
11 Q      You refer in your statement a second
12 time that you told Katie to stop it because you were
13 worried about losing your job; do you remember that?
14 A      I remember her telling me if, you know,
15 if she keeps this up, she's going to get me fired.
16 Q      She meaning Katie Sherman?
17 A      Correct.
18 Q      Could you describe that conversation?
19 A      Yeah, I mean, yeah, that was basically
20 ran into me confronting her in front of the whole pod that
21 this has to stop. You know, it was tied in. It was --
22 Q      What had to stop?
23 A      She -- the way she talked about me
24 apparently from the other inmates. You know, making them

Page 88

1 all jealous or whatever the hell was going on in there.
2 I -- I can't -- I can't definitively say what was said,
3 what exactly was said, okay. But what was -- what was
4 evident was she obviously had a thing for me and it pissed
5 all the other inmates off in that pod, and I never did
6 anything to lead her on.
7 Q      Okay. Do you remember Jessica Dean was
8 housed in B Pod?
9 A      Sure.
10 Q      Do you know whether Ms. Sherman's
11 interpretation of her relationship with you upset Jessica
12 Dean?
13        MR. RASKIN: Objection. Calls for
14 speculation.
15        MR. DOWNEY: Objection. Calls for
16 speculation.
17 Q      If you know?
18 A      I don't know.
19 Q      Did Jessica Dean ever expose herself to
20 you?
21 A      No.
22 Q      Was she ever provocative in any way to
23 you?
24 A      No.

Page 89

1 Q        How about Jessica Friends?
2 A        No.
3          MR. DOWNEY: Objection. Asked and
4 answered. Answer it again.
5 Q        Did you ever see any of the inmates that
6 I mentioned, Smerdell, Cordwell, Rafferty, Sherman, Dean,
7 or Friends, having contraband?
8 A        Contraband? No. I mean, I would -- no.
9 Q        During Michele Rafferty's stay while you
10 were the corrections officer there, did you ever see her
11 act improperly?
12 A        Rafferty never gave me a problem. I
13 mean, there was never any problems really, I mean.
14 Q        Was she quiet?
15 A        Yeah, she was actually.
16 Q        When you went in doing your roving, did
17 you, at night, during the midnight shift --
18 A        Watch tours.
19 Q        I'm sorry?
20 A        Watch tours? Or --
21 Q        Watch tours.
22 A        Okay.
23 Q        Did you ever see Ms. Rafferty awake?
24 A        I mean, I can't think of a time

Page 90

1 specifically when I was doing a night tour and saw her
2 awake or not, but I've seen on my -- on my nightly watch
3 tours, okay, I see inmates up. I see inmates asleep on a
4 regular basis. Some of them got -- some of them are
5 completely covered. Some of them aren't. You know, some
6 of them are sitting at their desk. It -- it -- it's --
7 all it is, is making sure they're a living, breathing
8 body.
9 Q        What do they usually wear when they go
10 to sleep?
11 A        They wear their jail uniform. There is
12 no pajamas.
13 Q        Are they sleeping in what we call boats?
14 A        Only when they're on the floor. If they
15 don't have a cell, yes.
16 Q        Did you have any problems with any of
17 the other inmates besides Ms. Rafferty during your tenure
18 there that we mentioned?
19          MR. DOWNEY: Objection. Misstates his
20 testimony. You can answer.
21 A        You're asking me if I ever had --
22 Q        Any problems with any other inmate?
23 We've already discussed Ms. Rafferty. We've already
24 discussed Ms. Sherman. Regarding Smerdell, Cordwell,

Page 91

1 Friends, or Dean, did you have any problems with those
2 inmates --
3 A        No.
4 Q        -- while you were a corrections officer?
5 A        No, I really didn't. I mean, no.
6          MR. DOWNEY: Other than the blackmail
7 thing that we've already talked.
8          That's -- we already talked about that,
9 though.
10          MR. DOWNEY: Got you.
11          MS. KOVOOR: That's all. Thank you.
12          MR. RASKIN: I don't have any questions.
13          MR. DOWNEY: He'll read.
14     (Signature having not been waived, the deposition was
15 concluded at 11:03 a.m.)
16
17
18
19
20
21
22
23
24

Page 92

1
2
3
4
5          REPORTER'S CERTIFICATE
6
7     I HEREBY CERTIFY that the above and foregoing
8 is a true and correct transcript of all the testimony
9 introduced and proceedings had in the taking of the
10 testimony in the above-entitled matter, as shown by my
11 stenotype notes taken by me at the time said proceedings
12 were had.
13                                        *Mary J. Carney*
14 _____
15                                        Mary J. Carney
                                          Registered Merit Reporter
16
17
18
19
20
21
22
23
24

Page 93

1          SIGNATURE PAGE
2
   TO BE COMPLETED BY DEPONENT:
3
4  I, CHARLES E. DRENNEN, have read the foregoing pages of
   my testimony or have had the foregoing pages of my
5  testimony read to me and have noted any changes in form or
   substance of my testimony together with their respective
6  corrections and the reasons therefor on the following
   errata sheet(s).
7
8      (Signature)_____
9
       (Date)_____
10
11  ********************************************************
12  TO BE COMPLETED BY NOTARY PUBLIC:
13
    I,_____, a Notary Public in and for
14  the State of _____, hereby acknowledge that
    the above-named deponent personally appeared before me,
15  swore to the truth of the foregoing statements and affixed
    his/her signature above as his/her own true act and deed.
16
17
       (Signature)_____
18
19     (Date)_____
20
    My Commission Expires:_____
21                 MC
22
23
24

Page 94

1  TO THE WITNESS:  DO NOT WRITE IN TRANSCRIPT EXCEPT TO
   SIGN.  Please note any word changes/corrections on this
2  sheet only.  Thank you.
3  TO THE REPORTER:  I have read the entire transcript of
   my deposition taken on February 24, 2017, or the same has
4  been read to me.  I request that the following changes be
   entered upon the record for reasons indicated.  I have
5  signed my name to the signature page and authorized you to
   attach the following changes to the original transcript:
6
7  PAGE  LINE    CORRECTION OR CHANGE & REASON THEREFOR
8  _____ _____  _____
9  _____ _____  _____
10 _____ _____  _____
11 _____ _____  _____
12 _____ _____  _____
13 _____ _____  _____
14 _____ _____  _____
15 _____ _____  _____
16 _____ _____  _____
17 _____ _____  _____
18 _____ _____  _____
19 _____ _____  _____
20 _____ _____  _____
21
22 _____     _____
   Today's Date           CHARLES E. DRENNEN
23
24

Page 95

1          Nagy-Baker Court Reporting, Inc.
            100 East Federal Street, Suite 560
2           Youngstown, OH  44503
3           June 23, 2017
4
   Mr. Charles E. Drennen
5  3035 Ridge Avenue, S.E.
   Warren, OH  44484
6
7  RE:  MICHELLE L. RAFFERTY, ET AL. VS. TRUMBULL COUNTY,
        OHIO, ET AL.
8
9  THIS LETTER IS BEING SENT BY CERTIFIED AND REGULAR MAIL
10 Dear Mr. Drennen:
11    Your deposition was taken before me on February 24,
   2017, in the above matter.  The deposition has now been
12 transcribed and is available for your review.
13    You have chosen to exercise your right to read and
   sign your deposition transcript.  Pursuant to the Federal
14 Rules, if your deposition is not signed within 30 days of
   the date upon which you received this letter, unless
15 otherwise stipulated by counsel, it may be filed without
   signature.
16
      Please call us at (330) 746-7479 to arrange a date
17 and time to come to our office for the reviewing of your
   deposition; or, alternatively, call us for instructions on
18 having your transcript emailed to you for review.
19       Sincerely,
20
21       Mary J. Carney
22
23 cc:  Daniel T. Downey, Esquire
       Angelica M. Jarmusz, Esquire
24     Todd M. Raskin, Esquire
       Sarah Thomas Kovoor, Esquire

**A**

**A-hole** 83:12
**able** 16:14
23:21, 23:24
29:5, 31:8, 32:1
32:6, 34:24
41:17, 45:2
70:2, 75:15
75:15, 75:18
82:16
**above-entitled**
92:10
**above-named**
93:14
**absolutely** 16:1
18:12, 21:2
32:19, 40:12
42:10, 42:18
56:17, 63:22
75:17, 75:24
**absurd** 62:15
**accurate** 17:10
**accurately**
16:15
**acknowledge**
93:14
**acknowledged**
30:19
**act** 48:15, 48:18
89:11, 93:15
**acted** 20:14
**acting** 59:21
59:23, 59:24
60:11
**action** 1:17
75:9, 75:11
75:13
**actions** 18:24
75:10
**actual** 34:6
**ad** 41:11
**add** 35:24
**added** 38:13
**addendum**
36:19

**address** 5:12
9:21
**administration**
41:5, 50:20
65:2, 77:15
**Adult** 12:22
**affairs** 66:12
76:21
**affect** 15:23
18:24
**affection** 62:24
**affixed** 93:15
**aforesaid** 1:17
**age** 5:3
**agencies** 10:4
**agency** 8:6
81:24
**agent** 9:11
**ages** 5:21
**agreed** 4:5, 4:10
**agreement** 1:17
**ahead** 20:8
68:10, 70:3
70:6, 70:6, 70:9
**airport** 13:8
**ajarmusz@fish...**
2:19
**AL** 1:5, 1:8
95:7, 95:7
**Albrecht** 2:17
**allegations**
77:23
**alleging** 63:21
**Allison** 5:24
**allowed** 76:9
**alternatively**
95:17
**Altiere** 47:4
65:2, 66:15
**Altiere's** 46:14
46:22
**amount** 31:1
36:9
**Angelica** 2:16
95:23
**anger** 83:6

**answer** 16:12
16:14, 16:16
17:13, 17:15
19:18, 20:4
20:5, 22:14
23:17, 23:23
24:20, 25:4
38:2, 38:14
39:6, 39:11
39:11, 40:19
41:19, 42:22
43:6, 47:20
60:22, 65:6
68:10, 69:18
72:13, 75:1
78:17, 83:21
89:4, 90:20
**answered** 25:1
25:3, 25:6
38:24, 39:5
40:17, 40:19
89:4
**answers** 17:10
**anticipate** 57:9
**antidepressant**
15:21
**anybody** 20:12
46:10, 48:11
50:19, 50:22
65:1, 86:9
**anymore** 75:16
**anyway** 24:18
**apart** 65:21
**apparently**
77:22, 79:11
81:13, 81:13
82:6, 82:9
87:24
**APPEARANC...**
2:2
**appeared** 93:14
**application** 17:8
17:18
**applied** 8:19
11:5
**apply** 8:9, 8:14

8:22
**applying** 17:8
**area** 26:11
26:19, 27:19
29:10, 29:12
30:5, 82:12
**Argumentative**
24:19
**arrange** 95:16
**arrest** 81:10
83:6
**arrested** 81:19
83:13
**asked** 13:7
13:10, 24:24
25:3, 38:23
39:4, 40:16
40:18, 55:10
62:10, 62:13
67:5, 67:22
68:23, 72:24
82:7, 89:3
**asking** 26:13
37:15, 38:9
42:14, 43:7
53:15, 69:21
71:17, 90:21
**asleep** 90:3
**ass** 58:21, 58:22
**assessed** 22:20
**asshole** 82:3
82:21
**assigned** 26:10
26:19, 27:19
27:21, 28:2
30:5, 32:21
33:6
**assist** 81:11
81:17
**assistant** 21:11
22:24, 23:4
23:8, 59:18
59:19, 59:22
59:22, 59:24
60:11, 61:15
79:23

**assisted** 81:12
81:17
**assisting** 81:24
83:7
**assume** 25:19
63:19
**assumed** 65:4
84:14
**attach** 94:5
**attempt** 15:12
**attempted** 15:17
15:18
**attention** 55:16
**audio** 31:10
31:12, 31:14
32:7, 57:6, 57:7
76:24, 77:2
77:6, 77:24
79:6, 81:4
86:17
**August** 11:17
**authority** 18:10
19:6, 21:10
23:1, 23:21
23:24, 24:11
24:18, 24:22
25:5, 84:8
**authorized** 94:5
**Auto** 73:24
**automotive** 7:3
7:5
**available** 95:12
**Avenue** 5:13
95:5
**awake** 89:23
90:2
**aware** 34:19
62:23, 63:1
63:3, 69:5
69:12, 70:10
77:22

**B**

**Babe** 87:6
**back** 8:1, 31:5

60:2, 61:23
63:2, 72:21
75:5, 82:23
**background**
81:20
**bad** 44:16
**badge** 14:15
**barrier** 35:7
35:12, 35:15
**based** 25:7, 41:9
68:7
**basically** 8:7
17:24, 18:4
19:2, 19:14
26:2, 26:24
26:24, 30:9
37:8, 45:11
66:11, 77:4
87:19
**basics** 18:19
18:20
**basis** 21:12
25:2, 37:14
83:19, 90:4
**bathroom** 35:10
**beginning** 42:4
62:11
**Behalf** 2:4, 2:9
2:15
**behave** 36:24
**behavior** 56:14
56:16, 59:14
83:24
**believe** 7:21
11:4, 11:14
11:17, 13:7
13:9, 18:13
27:9, 34:10
35:22, 36:20
39:14, 40:3
54:2, 55:1, 61:4
61:22, 61:22
71:3, 73:13
73:23, 84:2
**believed** 79:15
80:22

**benefit** 36:8
**BENITA** 1:2
**best** 45:7, 60:10
**better** 7:17
18:22, 37:24
38:1, 38:3, 70:3
80:20
**beyond** 38:1
39:13, 84:8
**bid** 27:9
**big** 29:10, 29:12
29:19, 29:20
34:22, 86:19
86:22
**blackmail** 58:9
58:10, 63:21
64:11, 64:17
91:6
**Blackmailing**
56:17, 56:17
**blame** 65:19
65:22
**blank** 59:8
59:12
**bleeding** 48:2
**blew** 64:5
**blind** 34:13
34:17, 34:19
34:20, 34:23
**boats** 90:13
**bodies** 30:21
**body** 90:8
**book** 33:13
**booking** 13:6
61:19
**bored** 86:8
86:13
**bottom** 12:20
**boundaries**
18:22
**bowel** 36:6
**boyfriend** 62:14
82:2, 87:9
**bra** 82:8, 82:12
82:13
**break** 72:19

**breasts** 44:2
44:7, 47:16
47:17, 47:22
48:5, 68:23
69:22, 70:16
**breathing** 30:21
90:7
**bring** 55:19
62:22
**Brookfield**
81:11, 81:15
82:6
**brought** 36:12
**bubble** 65:7
**Buch** 79:22
**building** 34:15
75:19
**bull** 63:6
**bunk** 56:13
**business** 9:11
**button** 29:22
30:20, 31:23
48:1, 54:22
**buttons** 30:16
30:24
**buy** 25:24

---

**C**

**call** 31:20, 41:11
83:2, 86:7
90:13, 95:16
95:17
**called** 13:6, 13:9
28:11, 40:1
60:6, 60:8
60:10, 61:6
62:3, 81:11
81:17, 82:3
87:5
**calls** 78:16
83:12, 88:13
88:15
**camera** 34:9
34:14, 35:6
**cameras** 29:9

33:22, 34:1
34:6, 34:14
34:24
**Canton** 11:4
**care** 17:24, 24:2
25:8
**cared** 18:3
**career** 14:17
15:1, 27:6
27:11, 44:19
64:10, 68:15
**Carney** 1:13
4:12, 92:14
95:21
**carried** 24:6
**case** 1:3, 32:14
35:11, 52:14
**cause** 1:17, 15:3
60:7, 60:13
61:21, 79:2
81:19
**cc** 95:23
**cell** 20:10, 20:11
90:15
**cells** 30:18
30:21
**Center** 12:22
**central** 30:19
31:1, 31:3
**certain** 18:20
24:3, 28:12
30:15, 30:17
31:1
**certificate** 40:9
92:5
**certified** 5:6
95:9
**CERTIFY** 92:7
**chain** 59:15
59:17
**CHANGE** 94:7
**changed** 73:4
**changes** 93:5
94:4, 94:5
**changes/correc...**
94:1

**characterize**
48:23
**Charles** 1:11
2:15, 5:2, 5:11
5:24, 12:21
93:4, 94:22
95:4
**checking** 28:22
**checks** 74:15
**chief** 46:1, 46:2
46:10
**children** 5:18
**chosen** 95:13
**cigarette** 82:11
**cigarettes** 55:21
62:22
**circulated** 36:15
**circumstance**
44:8
**Cleveland** 2:12
**close** 15:6, 15:7
44:14, 44:20
44:22, 46:5
46:5, 46:6, 46:7
46:17, 85:20
**closely** 62:12
**closest** 45:17
**clothes** 42:15
43:9, 43:22
**clothing** 42:12
43:1
**Coast** 10:10
10:22, 11:2
**coffin** 68:15
**Columbus** 2:18
9:5, 9:14
**come** 29:22
35:16, 35:17
36:8, 49:16
58:20, 95:17
**comes** 28:4
**comfort** 58:2
**comfortable**
81:14
**command** 59:15
59:17

commissary
23:14, 25:23
Commission
93:20
committing
42:9
communicate
75:21, 85:8
communication
49:1, 50:6
51:22, 52:8
52:18, 52:22
52:24
company 7:21
complaint 62:3
63:15
complaints 76:1
complete 31:3
31:4, 31:6
COMPLETED
93:2, 93:12
completely
17:10, 43:24
90:5
completion 40:9
comply 19:13
computer 21:18
computer-assis...
4:14
concerned 58:3
76:23, 77:1
concluded 91:15
conclusion 57:3
conduct 80:11
80:14, 83:8
confined 26:11
26:20, 27:20
27:23, 29:14
30:6, 32:15
34:2, 34:18
conflict 79:20
confronted
56:21
confronting
87:20
consequence

20:16, 63:15
consequences
19:9, 19:15
19:21, 22:11
consider 18:9
42:11, 56:19
consisting 50:1
constantly 36:5
contact 48:3
75:17
continuous
40:13, 41:23
contraband
55:19, 55:20
89:7, 89:8
contract 74:4
contractor 7:22
contractors
10:6
control 17:24
18:3, 18:5, 24:2
25:9, 27:23
28:18, 28:19
28:23, 31:8
31:20, 32:6
32:12, 32:17
32:20, 47:11
48:1, 48:7
50:16, 56:23
57:6, 57:18
59:14
controlling 24:2
conversation
49:9, 53:7
53:10, 53:22
60:19, 67:9
74:23, 87:18
conversations
53:16, 53:17
63:9
Cordwell 81:5
83:2, 83:2, 83:8
84:11, 84:17
89:6, 90:24
corners 30:17
correct 6:8, 6:9

6:19, 8:3, 8:4
8:13, 8:18, 12:4
12:7, 14:5
14:20, 15:3
20:21, 21:7
23:18, 25:10
25:14, 25:15
27:13, 27:17
28:23, 28:24
31:13, 32:2
33:21, 33:24
35:5, 37:1, 37:2
37:3, 37:5
40:22, 47:6
47:8, 48:6
50:21, 50:24
52:17, 55:7
55:8, 59:1
60:20, 62:7
63:21, 66:2
66:23, 66:24
67:19, 67:20
73:1, 73:3, 73:5
73:7, 73:8
74:19, 75:3
77:4, 77:17
77:18, 78:6
81:7, 87:17
92:8
CORRECTION
94:7
correctional
40:2
corrections 10:1
11:9, 11:12
17:9, 17:19
17:22, 18:9
18:14, 19:1
19:5, 19:11
19:23, 23:10
24:1, 24:3, 24:5
24:7, 25:8, 26:4
26:18, 28:14
31:7, 31:21
32:7, 33:10
35:13, 35:13

36:18, 36:23
37:10, 38:19
41:23, 42:12
42:17, 42:24
43:4, 43:10
43:15, 43:20
48:13, 50:7
51:19, 53:8
56:15, 59:23
60:3, 61:2, 69:7
69:14, 70:12
70:20, 70:21
70:22, 72:3
72:9, 73:21
74:2, 76:13
76:18, 89:10
91:4, 93:6
corrective 75:12
correctly 75:1
counsel 1:17
4:6, 4:11, 95:15
count 33:11
33:12
country 9:15
county 1:8, 2:9
4:8, 8:20, 10:1
10:7, 11:10
11:13, 11:21
11:22, 12:22
17:9, 17:18
17:23, 19:6
19:23, 21:23
23:12, 24:9
25:17, 25:19
26:4, 26:18
37:12, 37:21
38:19, 39:2
41:24, 42:24
43:16, 43:21
48:14, 51:2
51:10, 52:16
69:8, 69:15
70:13, 71:8
71:11, 71:14
72:9, 76:3, 81:5
95:7

couple 10:6
course 17:8
33:2, 36:9
41:22, 83:7
court 1:1, 1:18
54:8, 95:1
cover 58:21
58:22
covered 90:5
create 34:20
crime 83:10
cruisers 81:15
curious 63:23
currently 6:7
custody 17:24
18:3, 24:2

D

damaged 20:13
Daniel 2:16
95:23
database 21:9
21:13, 49:16
date 11:15
51:13, 62:15
93:9, 93:19
94:22, 95:14
95:16
day 24:14, 33:18
33:19, 53:24
54:18, 72:4
72:4
days 40:5, 40:7
76:8, 76:9
95:14
ddowney@fish...
2:19
deal 86:19
86:22
Dean 52:3, 52:5
52:8, 88:7
88:12, 88:19
89:6, 91:1
Dear 95:10
December 6:11

6:17, 8:17
**decide** 74:20
**decided** 12:2
12:6, 74:22
**decision** 15:10
**decisions** 23:1
24:11
**deed** 93:15
**Defendant** 2:9
2:15
**Defendants** 1:9
**definitely** 83:16
**definitively** 88:2
**DeNicholas**
83:22, 84:3
84:10, 84:17
**Department** 4:8
47:8, 75:3
**dependents**
74:17
**depends** 20:6
**deponent** 93:2
93:14
**deposes** 5:6
**deposit** 74:14
**deposition** 1:11
1:13, 4:6, 4:11
4:16, 7:24
16:13, 91:14
94:3, 95:11
95:11, 95:13
95:14, 95:17
**depression** 16:3
**deputies** 45:15
**describe** 31:14
53:13, 53:21
87:18
**description**
28:13
**designated**
13:11, 25:23
75:6
**desk** 90:6
**destroying** 18:7
**detail** 14:18
**detective** 47:8

47:9
**different** 10:6
67:5
**dimmed** 33:16
33:20
**direct** 19:13
74:14
**directing** 83:6
**direction** 19:7
**directions** 18:8
19:10, 19:22
**disability** 11:6
11:7
**discarded** 86:23
**disciplined** 76:5
76:7, 76:9
**discussed** 9:23
90:23, 90:24
**discussing** 72:22
**Discussion** 7:23
16:20
**disgraced** 69:4
**district** 1:1, 1:1
1:18, 1:19, 9:16
9:16
**Division** 1:2
1:19
**divorced** 5:16
**doctor** 16:7
16:9
**document** 33:13
81:22, 81:22
**doing** 8:5, 8:7
13:8, 13:10
30:9, 35:12
35:14, 36:3
41:18, 62:13
65:9, 77:16
89:16, 90:1
**door** 48:4, 85:20
85:20
**doors** 29:3
**doubt** 36:8
**Downey** 2:16
3:8, 12:14
16:11, 17:13

17:15, 19:17
20:1, 20:3, 20:5
22:13, 23:17
23:23, 24:19
24:24, 25:3
26:12, 26:14
38:18, 39:6
39:10, 40:18
41:13, 41:19
42:22, 43:3
43:5, 47:14
47:19, 53:14
59:9, 60:22
65:6, 68:9, 69:9
69:16, 69:21
70:2, 70:6, 70:9
72:13, 72:18
78:16, 85:3
88:15, 89:3
90:19, 91:6
91:10, 91:13
95:23
**downstairs**
61:17
**drawing** 59:12
**Drennen** 1:11
2:15, 5:2, 5:10
5:11, 12:21
72:22, 87:1
87:5, 93:4
94:22, 95:4
95:10
**driving** 61:5
**dropping** 71:13
**duly** 5:3
**duties** 25:8
27:18, 27:21
30:4, 30:7
**duty** 23:4, 23:9
59:23, 81:15

---

**E**

**ear** 56:12
**earlier** 38:7
**early** 54:11

82:15
**East** 2:6, 95:1
**Eastern** 1:2
1:19
**effect** 27:1, 81:3
**egg** 81:20
**eighteen** 5:22
**either** 65:8
**electronic** 30:16
**electronically**
21:15, 21:22
29:3
**eligible** 8:11
**email** 13:1, 13:2
13:7
**emailed** 13:21
95:18
**embarrass**
84:22
**employed** 6:3
6:5, 6:22, 7:18
10:19, 11:9
**employment**
6:10, 7:17, 17:8
17:18, 37:4
76:13, 76:18
**employments**
9:24
**enclosed** 28:1
**ended** 82:8
**enter** 29:21
**entered** 7:24
61:22, 61:23
94:4
**entire** 94:3
**Eric** 23:5, 23:7
23:8, 66:13
79:16, 79:18
80:1, 80:3, 80:5
80:18, 81:2
**errata** 93:6
**Esquire** 2:5
2:10, 2:16, 2:16
95:23, 95:23
95:24, 95:24
**estimate** 29:24

41:17
**estimation** 30:3
**ET** 1:5, 1:8
95:7, 95:7
**evening** 32:22
32:23, 32:24
47:12, 48:8
59:20
**event** 79:9
**Eventually**
59:21
**everybody**
33:13, 36:3
36:14, 41:4
78:22, 79:11
79:12, 87:5
**everybody's**
48:2
**everyday** 20:17
49:8
**evident** 88:4
**exact** 51:12
**exactly** 14:2
57:11, 58:7
60:9, 88:3
**EXAMINATI...**
3:4, 5:8
**example** 20:7
**examples** 49:7
**excuse** 16:17
79:16
**exercise** 95:13
**Exhibit** 12:18
16:19, 16:21
17:6, 73:11
**exhibiting** 56:16
**Exhibits** 3:14
17:2
**Expires** 93:20
**explain** 14:12
79:14
**explained** 67:7
**expose** 70:16
70:20, 71:2
88:19
**exposed** 44:8

48:5, 68:23
70:21, 71:20
**expressed** 55:12
82:3
**eye** 32:13, 34:9
48:3, 79:18
79:18

**F**

**face** 36:20
**facing** 47:24
**fact** 75:14
**failed** 19:16
**failure** 19:10
19:12, 19:12
19:13, 19:22
**family** 16:7
16:9
**far** 29:21, 56:3
58:2, 61:24
77:5
**February** 1:14
4:7, 94:3, 95:11
**Federal** 1:16
95:1, 95:13
**feel** 12:1, 42:14
**felt** 14:15, 44:15
64:5, 68:16
79:13, 79:13
81:8, 84:22
84:24
**female** 27:22
28:10, 28:16
29:18, 33:3
33:5, 33:8
42:13, 42:15
43:1, 43:8, 51:1
60:1, 60:3
60:14, 61:3
61:9, 69:7
69:15, 70:12
70:19, 70:21
71:2, 71:19
**females** 58:8
81:18

**Fifth** 2:17
**fighting** 48:2
**figure** 57:1
**File** 21:1
**filed** 76:1, 95:15
**financial** 68:22
**fine** 81:23
**finished** 4:15
**Fire** 10:10
10:10
**fired** 87:15
**Firestone** 7:1
7:13, 7:14, 7:19
7:20, 10:4
**first** 5:3, 10:9
11:12, 11:24
22:16, 55:2
58:22, 65:19
77:8
**Fishel** 2:17
**fitter** 7:9, 8:24
10:13
**flashlight** 30:23
**flipped** 48:4
**flirting** 85:24
86:2
**floor** 26:24
27:22, 28:1
28:2, 28:2, 28:3
28:8, 28:14
29:7, 29:8
29:13, 31:2
31:2, 31:3
32:15, 75:16
90:14
**floors** 28:5
**focus** 67:4
**follow** 19:10
19:22, 24:3
37:10
**followed** 32:18
**following** 18:8
93:6, 94:4, 94:5
**follows** 5:7
**food** 25:24
**force** 20:11

**Ford** 2:5
**foregoing** 92:7
93:4, 93:4
93:15
**forever** 55:14
**Forgive** 69:10
**form** 19:17
20:3, 30:22
39:10, 43:5
47:19, 73:10
73:10, 93:5
**formerly** 28:9
29:18
**forward** 70:7
**forwarded** 13:3
13:4, 21:8
**four** 15:2, 40:15
80:15
**frame** 46:8
60:18
**Franklin's** 2:11
**frequently**
51:17
**Friends** 51:7
51:15, 51:20
51:23, 89:1
89:7, 91:1
**front** 42:12
42:16, 43:1
43:4, 43:10
84:23, 85:10
87:20
**full-time** 11:24
14:23, 14:24
64:3
**further** 4:10

**G**

**game** 47:16
**Garrity** 67:24
**getting** 15:6
44:14, 44:22
45:16, 46:17
59:8, 59:16
81:2

**gimme** 32:9
32:10
**girlfriend** 62:14
**girls** 55:15
55:18, 78:1
79:2, 79:6
**give** 16:22, 17:4
19:6, 20:7
29:19, 36:3
38:2, 46:8
46:11, 49:7
51:12, 53:2
58:1, 58:2
73:11, 73:14
78:12, 78:23
**given** 19:10
19:23, 36:18
67:24, 74:10
**giving** 55:15
**go** 14:14, 14:18
15:14, 20:8
20:9, 20:14
29:21, 30:24
31:5, 39:21
40:4, 41:10
45:2, 45:24
56:3, 56:22
60:2, 60:3
60:14, 61:23
68:9, 70:3, 70:6
70:6, 70:9
82:19, 84:7
90:9
**God** 59:6
**goes** 21:9, 22:22
44:23, 44:24
46:17, 63:7
82:17, 82:19
**going** 12:1, 12:8
12:12, 12:14
15:23, 16:11
16:15, 16:18
17:1, 17:2
19:19, 25:18
25:19, 30:2
31:20, 37:23

41:1, 41:11
46:20, 47:16
50:14, 55:11
55:13, 55:13
58:20, 62:16
64:18, 64:20
65:5, 65:11
68:11, 69:17
71:9, 72:18
75:4, 75:7, 77:6
78:20, 81:16
82:19, 82:20
82:20, 85:6
85:11, 85:12
87:15, 88:1
**Gold** 2:5
**good** 31:12, 56:2
**goodbye** 82:2
**gotten** 80:17
**great** 30:2
**Guarino** 46:2
46:10
**guess** 41:13
73:10
**guessing** 41:12
41:21
**guy** 33:11, 80:18
**guys** 82:17

**H**

**half** 10:22
72:19
**hand** 49:22
**handbook** 35:23
36:11, 36:11
36:15, 36:17
**handed** 49:23
**handled** 74:16
**hands** 54:4
**handwritten**
13:20
**hanging** 34:21
**happen** 24:15
55:14, 60:16
85:11, 85:12

**happened** 14:11
21:5, 24:15
44:15, 48:9
58:7, 58:23
58:24, 63:14
63:16, 63:17
63:24, 66:2
67:6, 68:7
**happening** 31:9
56:23, 57:9
**hard** 36:4, 46:2
**Hass** 2:17
**He'll** 91:13
**head** 33:11
33:12, 66:12
**healthy** 78:19
**hear** 31:8, 54:8
59:9, 65:1
69:10, 82:4
**hearsay** 46:19
46:20
**heart** 12:21
14:3, 14:6
86:13
**heavy** 12:21
14:3, 14:6
**hell** 88:1
**help** 81:21
81:21, 84:7
84:7
**hereinafter** 5:6
**hereto** 4:6
**hey** 58:8
**High** 4:9
**higher** 22:22
22:23, 74:5
**hired** 39:19
74:4
**his/her** 93:15
93:15
**hit** 29:22, 30:24
31:5, 48:1
54:22, 85:20
**hoc** 41:11
**hold** 10:12
**HON** 1:2

**honest** 41:16
**hope** 45:6
**hospital** 15:14
**hot** 48:21, 80:17
**hour** 72:19
**hours** 41:18
**housed** 88:8
**housekeeping**
16:18
**HR** 45:10
**human** 45:10
**hundred** 29:5
**hurt** 20:12
20:12, 20:13
65:11, 65:13
**hurting** 18:6
18:7

**I**

**ideal** 69:4
**identification**
16:21
**immediate**
75:11, 79:21
79:22
**immediately**
50:10, 56:22
60:5, 60:16
60:20, 61:6
61:6, 61:11
74:11, 74:24
86:23
**impeccable** 64:4
**implying** 55:10
62:14
**important** 83:16
**imposed** 25:17
**impression**
83:18
**improper** 42:13
42:15, 59:14
83:23
**improperly**
89:11
**impropriety**

42:1, 42:2, 65:5
**inaccuracies**
17:17
**incarcerated**
18:15, 18:18
51:20
**incarceration**
49:18
**incidences**
80:13
**incident** 21:4
32:24, 44:10
44:13, 48:8
62:5, 62:8, 62:9
65:11, 67:6
77:12
**Including** 14:3
**INDEX** 3:1
**indicated** 94:4
**indication** 46:11
**individual** 28:21
**individually**
16:24
**individuals**
84:10
**influence** 18:14
18:17
**inform** 48:7
48:11
**information**
37:9
**infraction** 22:8
**infractions**
20:18, 22:2
22:4, 22:6
23:11, 24:9
**initially** 21:14
68:11, 68:13
73:2
**inmate** 17:23
18:2, 20:9
20:10, 20:11
20:12, 20:19
23:16, 23:22
25:12, 26:5
26:7, 27:24

29:16, 29:18
35:8, 35:23
36:10, 36:12
36:14, 42:1
42:3, 42:9
42:11, 42:13
42:15, 43:1
43:8, 43:17
43:21, 44:8
48:15, 48:17
49:6, 49:13
50:7, 51:3, 51:8
51:9, 51:11
52:6, 52:15
53:4, 55:6
56:15, 62:16
65:5, 70:21
71:2, 71:19
71:23, 72:5
90:22
**inmate's** 18:15
18:18, 19:1
19:9, 19:15
19:22
**inmates** 18:11
19:7, 23:11
24:8, 25:17
28:22, 30:10
30:20, 35:23
35:24, 51:1
57:15, 59:13
62:12, 62:18
63:12, 63:14
63:16, 64:12
65:14, 69:8
69:15, 70:12
70:19, 75:13
76:2, 77:14
77:17, 78:4
78:5, 78:7
78:11, 78:11
80:14, 84:7
84:11, 84:16
84:18, 84:23
85:19, 87:24
88:5, 89:5, 90:3

90:3, 90:17
91:2
**inside** 33:8
**instruct** 16:16
**instructions**
95:17
**interact** 80:5
**interaction** 69:7
69:14, 70:11
**intercom** 85:15
85:18, 85:20
86:1, 86:3, 86:5
86:11
**interest** 60:10
**internal** 66:12
76:21
**internist** 16:8
**interpretation**
88:11
**interrogated**
63:20
**interview** 67:21
68:14, 68:18
68:19
**interviews** 45:5
**introduced** 3:14
92:9
**investigated**
64:17, 66:7
75:16, 76:12
76:17
**investigating**
77:14
**investigation**
67:4, 72:22
77:16, 77:20
77:21
**involved** 22:21
65:11, 74:1
**irate** 82:9, 83:5
**issues** 35:21

**J**

**jail** 10:1, 11:10
11:13, 13:15

14:24, 17:9
17:18, 17:23
18:10, 18:14
19:6, 19:24
20:15, 21:10
21:23, 23:12
24:9, 25:17
25:18, 25:19
25:20, 26:4
26:5, 26:8
26:18, 35:19
36:12, 36:15
37:12, 37:20
37:21, 38:19
39:2, 39:18
39:20, 40:21
41:24, 42:24
43:16, 43:21
45:21, 48:14
49:16, 50:20
51:2, 51:10
52:16, 53:8
56:1, 65:8, 69:8
69:15, 70:13
71:8, 71:11
71:15, 72:4
76:3, 80:9
80:24, 82:5
84:6, 84:12
84:19, 90:11
**Jarmusz** 2:16
95:23
**jealous** 55:16
62:18, 78:2
78:5, 78:10
78:15, 79:3
79:12, 88:1
**Jessica** 51:7
51:15, 51:20
51:23, 52:3
52:5, 52:8, 88:7
88:11, 88:19
89:1
**job** 7:5, 7:12
14:23, 18:22
24:5, 70:3

81:23, 87:13
**jobs** 8:7, 38:1
**John** 79:22
**joined** 39:3
39:16, 39:18
**joining** 39:1
**joking** 86:4
**joy** 34:11
**July** 11:14
**June** 95:3
**junk** 25:24
**jurisdiction**
81:16
**Justice** 12:22

**K**

**Katie** 26:5
26:11, 26:19
27:19, 29:13
30:5, 32:15
34:1, 34:18
43:21, 44:8
47:13, 48:15
48:17, 48:20
49:2, 49:17
51:3, 51:14
55:10, 62:13
62:23, 78:2
78:5, 78:10
78:23, 79:13
84:18, 84:22
85:9, 85:10
85:10, 85:15
85:24, 86:11
86:18, 86:18
87:12, 87:16
**keep** 18:3, 18:6
46:20, 59:9
71:12, 84:20
**keeps** 87:15
**Kent** 39:14
40:3
**Kim** 2:17
**kind** 29:20
29:20, 63:6

69:11
**kinds** 41:18
**knew** 36:2, 36:3
64:17, 65:7
65:7, 65:10
65:10, 68:24
68:24, 69:1
74:24, 74:24
84:10, 84:18
**know** 13:5, 15:5
16:14, 18:22
19:13, 19:21
20:11, 20:13
22:20, 22:21
24:11, 24:15
24:16, 25:21
32:7, 33:11
34:5, 34:8
34:11, 36:6
41:3, 41:5, 41:6
41:16, 41:20
43:15, 44:23
45:5, 45:9
45:18, 45:24
46:16, 47:9
47:10, 50:11
51:7, 51:9
51:11, 51:14
52:5, 52:10
52:21, 53:24
54:13, 54:15
54:17, 55:2
58:16, 58:19
59:2, 59:10
59:11, 62:16
62:21, 63:5
63:15, 64:19
69:2, 69:18
69:19, 69:21
77:6, 77:7
78:13, 78:17
79:14, 80:18
80:24, 81:2
81:3, 81:19
81:23, 82:4
82:5, 82:14

83:13, 83:20
83:22, 84:9
84:13, 84:14
84:15, 84:16
85:22, 86:21
87:14, 87:21
87:24, 88:10
88:17, 88:18
90:5
**knowledge** 41:9
46:11, 75:8
75:14
**known** 28:9
28:9
**Koovoor** 2:5, 2:5
3:4, 5:9, 8:1
12:17, 12:19
16:22, 17:3
17:7, 26:13
26:17, 69:24
70:4, 70:8
70:10, 72:21
91:11, 95:24
**Kovoor@neo-l...**
2:7

**L**

**L.P.A** 2:11
**lack** 6:21, 10:16
**laid** 6:11, 6:20
7:11
**language** 79:16
**late** 54:11, 54:11
**lately** 81:2
**latest** 10:3
**laughing** 63:6
63:6, 63:8
**lawful** 5:3
**lead** 88:6
**leaflet** 38:13
**leave** 31:2
**leaves** 28:5
**leaving** 10:15
11:20, 14:7
15:11, 74:8

**left** 11:22, 14:10
54:20
**length** 30:1
**Leslie** 12:9
13:12
**letter** 95:9
95:14
**lie** 69:1, 69:3
**lied** 68:13, 68:17
68:19, 68:21
68:22
**lies** 68:20, 81:6
84:3
**lieutenant** 21:11
80:3
**life** 15:12, 65:8
**light** 30:22
33:18, 33:18
33:19, 33:19
44:16
**light-hearted**
63:6
**lighter** 55:22
62:22
**lights** 33:14
33:15, 33:16
33:17
**liked** 62:19
63:2, 63:3
**line** 16:12, 16:15
61:13, 94:7
**list** 10:8, 15:6
44:23, 45:1
45:4, 45:8
45:12, 45:13
45:24, 49:7
49:10, 49:12
49:15, 49:19
49:21, 50:12
79:16, 80:22
86:15
**listen** 32:1
67:15
**listening** 56:10
**little** 30:15
31:16, 61:20

70:3
living 30:21
90:7
LLP 2:17
Local 8:24
located 9:4, 11:1
27:23
lockdown 33:14
long 10:19
24:15, 27:7
38:16, 39:8
39:14, 41:8
54:15, 61:2
61:15
look 35:22, 40:6
looked 21:10
74:14, 74:15
74:15, 82:18
losing 87:13
lot 10:24, 35:23
35:24, 79:19
love 86:19
loved 25:22
low 62:13
lunch 49:8

**M**

ma'am 7:9, 9:22
34:7
MAIL 95:9
main 9:8, 11:3
13:16
maintain 28:3
Major 12:9
66:8, 66:23
67:3, 67:9
67:16, 67:21
70:14, 72:8
72:23, 77:15
83:17, 85:8
85:14
makeshift 34:23
35:7, 35:12
making 74:11
83:19, 83:20

85:7, 87:24
90:7
male 27:22
28:16, 33:8
42:17, 43:4
43:10, 60:13
69:7, 69:14
70:11, 70:12
man 10:21
61:19, 68:13
74:12
mandated 37:14
mandatory 19:6
manipulate
34:12
manner 15:23
manual 37:4
37:6, 37:16
38:7, 38:11
38:14
marital 68:21
mark 12:13
12:14, 12:17
16:18
marked 16:19
16:20, 17:5
Market 2:6
married 5:14
5:17
Mary 1:13, 4:12
92:14, 95:21
Mastercare 7:1
matter 16:18
92:10, 95:11
Mazanec 2:11
MC 93:21
mean 10:16
14:21, 14:22
18:1, 18:5, 18:6
18:19, 19:4
20:6, 20:15
22:12, 22:16
22:23, 22:24
23:5, 23:7
23:19, 24:10
24:11, 25:5

25:20, 27:9
29:19, 30:13
32:19, 32:24
33:9, 33:11
34:11, 34:12
34:16, 35:23
35:23, 36:20
37:23, 38:2
41:3, 41:12
43:19, 44:21
44:22, 44:23
45:14, 45:20
45:21, 46:13
49:4, 49:5
52:23, 54:16
58:21, 63:5
63:11, 63:19
64:1, 64:2, 64:3
66:5, 67:6, 67:7
69:18, 77:21
78:19, 79:13
79:19, 80:6
80:15, 80:16
80:18, 80:23
80:24, 83:5
83:9, 83:11
83:12, 83:13
84:5, 85:19
85:21, 86:6
86:8, 86:20
86:21, 87:19
89:8, 89:13
89:13, 89:24
91:5
meaning 13:12
28:2, 87:16
means 18:2
22:22, 22:23
23:13, 23:22
meant 45:16
mechanical 6:13
7:10, 7:22, 8:21
10:6, 10:9
mechanics 34:5
medical 16:13
medication 16:5

medications
15:19, 15:20
meet 41:7
member 73:18
memo 41:6
memorized
86:12
memory 41:10
mention 83:17
mentioned
33:22, 35:7
36:10, 38:7
55:14, 77:2
84:17, 89:6
90:18
merit 44:24
92:15
met 81:12
Michael 46:23
46:24, 47:1
47:1, 47:2, 47:4
65:2
Michele 1:5
2:22, 7:23, 26:7
52:10, 52:13
52:13, 52:19
52:22, 89:9
MICHELLE
95:7
Microphones
31:19
middle 27:24
61:18
midnight 27:4
27:12, 27:14
27:15, 30:22
54:12, 79:23
89:17
midst 74:23
74:23
mind 59:8
68:15, 73:4
minor 20:18
22:4, 80:7
83:14, 83:15
minute 17:5

minutes 30:11
57:1, 60:24
61:1, 61:20
Mischaracterizes
47:15
misconduct
65:14, 65:22
71:23, 72:5
missed 31:4
misstates 85:3
90:19
mistake 65:19
65:19
mistaken 13:10
mistakes 80:16
money 8:5
25:24
monitor 29:4
month 27:1
54:18
month-long
39:21
months 10:23
27:8, 39:14
39:23
morning 54:12
MOTIONS 3:7
motive 81:6
motives 84:3
mouth 54:5
move 70:6, 75:7
moved 51:17
movement 36:6
moving 34:9
Murphy 9:13
9:18

**N**

N.W 4:9
Nagy-Baker
95:1
nailed 68:14
naked 44:2
44:7, 47:13
name 5:10, 6:1

6:14, 37:6
39:24, 45:15
46:22, 55:2
59:7, 59:7
59:11, 61:5
87:4, 94:5
names 5:23
45:15, 83:3
near 75:20
need 18:21
44:17, 44:17
46:20, 46:20
81:21, 81:22
82:23, 84:22
84:24
needed 13:10
13:11, 13:13
53:5, 63:13
74:21, 82:23
84:7
needing 85:8
never 11:3
15:14, 15:18
15:18, 34:7
34:11, 43:12
43:12, 47:2
55:12, 55:13
55:13, 56:20
62:15, 63:2
63:2, 64:17
64:19, 74:13
74:14, 74:15
74:15, 74:15
75:5, 75:6, 84:6
84:6, 85:11
85:11, 86:12
86:12, 88:5
89:12, 89:13
night 33:18
33:18, 33:18
53:24, 89:17
90:1
nightly 90:2
nights 40:7
nighttime 30:10
nobody's 48:2

Nodding 30:8
non-professional
51:5
normal 49:6
North 10:10
10:21, 11:2
Northern 1:1
1:19
Notary 1:13
4:12, 93:12
93:13
note 12:9, 13:20
50:2, 50:3, 50:4
50:12, 50:17
86:15, 94:1
noted 93:5
notes 86:19
92:11
nothing's 58:19
notice 1:15
73:14
number 9:19
45:4, 45:4, 45:5
52:24, 53:3
nuts 61:5
nutshell 85:13

O

O'Brien 57:22
58:5, 60:20
61:2
obey 22:10
object 16:11
19:19, 22:13
Objection 17:13
19:17, 20:1
20:2, 23:17
23:23, 24:19
24:24, 38:18
38:23, 39:4
39:10, 40:16
40:18, 41:14
41:19, 42:22
43:3, 43:5
47:14, 47:19

60:22, 65:6
66:21, 68:9
69:9, 69:16
72:13, 78:16
85:3, 88:13
88:15, 89:3
90:19
OBJECTIONS
3:7
oblong 29:21
observe 30:20
48:14
observed 36:5
obviously 56:1
78:18, 78:18
88:4
occasion 80:4
odd 8:7
office 6:6, 9:8
11:3, 14:16
95:17
officer 10:1
11:10, 11:13
11:24, 17:9
17:19, 17:22
18:10, 18:14
19:1, 19:5
19:11, 19:14
19:23, 20:13
23:11, 24:1
24:3, 24:7, 25:8
26:4, 26:18
31:7, 31:21
32:7, 32:10
32:12, 32:13
32:17, 33:10
35:13, 35:13
36:18, 36:23
37:10, 38:20
39:13, 41:23
42:12, 42:17
42:24, 43:4
43:10, 43:15
43:20, 47:12
48:8, 48:14
50:7, 50:16

51:19, 53:8
56:15, 56:23
57:6, 57:18
59:14, 59:23
60:3, 61:2, 64:3
70:22, 70:22
71:1, 71:3, 71:4
72:22, 76:13
76:18, 80:20
87:1, 89:10
91:4
officer's 24:5
officer-inmate
85:22
officers 20:11
28:2, 28:15
32:20, 33:4
33:5, 37:24
34:8, 34:13
69:7, 69:15
70:12, 70:20
72:4, 72:9
73:21, 74:3
offices 4:8
officially 12:21
oh 2:6, 2:18
10:21, 12:20
32:19, 33:3
35:2, 40:10
45:3, 45:9, 59:6
59:10, 61:12
63:22, 74:12
83:2, 95:2, 95:5
Ohio 1:1, 1:8
1:14, 1:19, 2:9
2:12, 4:9, 4:13
5:13, 95:7
okay 6:10, 6:22
7:4, 7:11, 7:18
8:2, 8:5, 8:12
9:1, 9:7, 9:14
9:21, 11:5
11:16, 12:15
13:10, 13:18
13:24, 14:3
14:12, 15:22
17:4, 17:6, 17:7

18:13, 20:18
21:8, 21:13
21:17, 21:19
21:22, 22:1
22:7, 22:17
23:2, 23:5
23:21, 24:7
24:17, 24:22
25:14, 25:16
25:20, 26:1
27:14, 27:18
28:7, 28:13
28:17, 28:21
29:1, 29:4
29:10, 30:17
31:3, 31:7, 32:3
33:5, 33:15
33:22, 34:5
34:8, 34:13
34:23, 35:7
35:11, 35:20
36:10, 36:22
37:15, 38:4
38:9, 39:1
39:21, 40:13
40:23, 41:2
41:9, 41:15
41:22, 42:11
42:19, 43:13
44:4, 44:20
45:23, 47:4
47:7, 48:5, 48:7
49:10, 49:15
49:17, 50:6
50:11, 51:14
51:22, 52:1
53:19, 53:21
54:7, 54:21
54:22, 55:4
55:9, 55:16
55:23, 56:14
56:19, 56:22
57:5, 57:8
57:13, 57:18
58:5, 58:12

58:14, 59:19
60:16, 61:1
61:8, 61:14
62:1, 62:6, 63:3
64:4, 65:10
66:9, 66:19
67:1, 67:12
67:18, 68:7
68:17, 69:20
70:5, 70:18
70:20, 71:7
71:10, 72:1
72:17, 72:21
73:14, 74:17
74:20, 77:2
77:4, 77:10
77:19, 77:24
78:4, 78:9
78:23, 80:1
80:13, 83:1
88:3, 88:7
89:22, 90:3
**old** 74:4
**once** 40:14, 41:4
44:5
**ones** 25:22
**op** 21:21
**open** 85:19
**operations** 80:9
**opinion** 58:4
59:3, 59:4, 59:6
64:21, 72:7
**opinions** 45:6
**OPOTA** 39:13
40:2, 40:2
**opportunity**
12:1
**option** 85:19
**order** 19:13
19:16, 22:10
23:16, 35:14
49:14
**ordered** 20:9
**ordinary** 85:23
**organizations**
10:15

**original** 94:5
**out-of-state**
82:7
**outside** 67:12
67:18
**overreacted**
64:6

**P**

**p.m** 27:16
**packets** 16:23
**page** 3:4, 3:15
93:1, 94:5, 94:7
**PAGE(S** 3:8
3:11
**pages** 93:4, 93:4
**pajamas** 90:12
**paper** 13:11
13:13, 36:2
45:14, 49:12
49:22, 49:23
49:24, 50:1
**paperwork**
30:11, 33:14
**Paraphrasing**
85:6
**part** 10:16
10:17, 24:1
24:1, 45:10
**part-time** 46:15
**particular** 32:22
37:20, 67:8
**particularly**
70:24
**parties** 4:6
**pass** 39:15
**passing** 80:6
**patrolmen**
46:15
**pay** 74:4, 74:4
74:6, 74:10
**PEARSON** 1:2
**pending** 1:18
**people** 36:7
45:6, 45:21

49:14, 86:13
**percent** 29:5
**period** 8:2, 8:7
18:21, 54:17
73:6
**periodic** 9:23
11:9
**person** 28:22
29:2, 29:3, 29:4
61:17, 66:9
**personal** 41:9
**personality**
79:20
**personally**
23:16, 93:14
**phone** 9:19
60:8
**physical** 45:14
**piece** 36:1
45:14, 49:22
49:23, 50:1
**pissed** 88:4
**place** 1:15
11:24, 33:19
36:7, 40:3, 41:7
60:13, 77:20
**placed** 30:16
**places** 10:20
**plaintiff** 52:14
**Plaintiff's** 3:14
12:18, 16:21
73:10
**Plaintiffs** 1:6
2:4
**play** 47:16, 85:5
85:5
**please** 6:14
17:6, 94:1
95:16
**pod** 27:23, 28:7
28:8, 28:9
28:12, 28:20
28:23, 29:5
29:8, 29:16
29:18, 29:20
30:15, 32:10

32:12, 32:21
33:6, 33:9, 34:1
34:17, 35:1
51:15, 53:23
55:15, 55:18
57:12, 60:7
60:8, 61:23
78:1, 78:11
85:11, 87:20
88:5, 88:8
**pods** 27:24
30:17
**point** 30:15
49:17, 64:1
64:2, 64:4
**police** 39:13
47:7, 73:18
75:3
**policies** 36:22
37:11, 37:18
69:6, 69:13
70:11
**policy** 35:19
35:20, 37:6
37:8, 38:11
38:13, 70:18
71:8, 71:8
**politics** 44:24
45:19, 64:24
**polygraph**
67:22, 68:8
72:24, 74:21
75:2
**pondered** 56:24
**position** 7:7
13:14, 14:14
15:11, 18:10
24:17, 25:8
38:21
**positioned**
57:17
**positions** 10:12
11:9
**positive** 34:3
46:20
**Post** 6:6

**potential** 45:15
**power** 23:10
24:8, 24:12
**practice** 71:20
**practices** 69:6
69:13, 71:11
71:15, 71:16
72:3, 72:9
**preferential**
78:24
**present** 2:21
5:12
**press** 30:18
31:23
**pretty** 23:19
64:3, 68:14
69:3, 81:18
81:18, 82:9
82:22
**previous** 76:21
**prior** 6:22, 7:18
7:19, 7:20, 9:24
10:2, 11:8
38:20, 74:11
84:11, 84:18
**privacy** 35:4
35:10
**probably** 30:2
58:20, 82:20
**problem** 34:22
85:21, 89:12
**problems** 68:21
89:13, 90:16
90:22, 91:1
**procedure** 21:3
38:11, 38:13
42:8
**procedures**
32:18, 36:23
37:7, 37:8
37:11, 37:19
69:6, 69:13
**proceeded** 59:2
**proceedings**
92:9, 92:11
**professional**

49:3, 49:4
51:23, 51:24
52:1, 52:9
63:11
**proper** 50:6
56:14, 73:10
**property** 18:7
**proportion** 64:6
**protection**
10:10, 10:11
32:5
**provide** 38:1
49:18, 86:14
**provided** 36:11
38:6, 39:2
71:22
**provides** 37:11
37:12, 56:1
**provocative**
88:22
**provoke** 71:4
**psychiatrist**
16:3
**Public** 1:14
4:12, 93:12
93:13
**pull** 44:1
**pulled** 82:11
82:15
**pulling** 82:8
**punish** 23:11
23:16, 23:22
**punished** 24:8
65:5
**punishment**
24:13, 24:23
25:11, 63:24
**punishments**
25:16
**purportedly**
49:19
**purposes** 35:17
71:21
**pursuant** 1:15
1:16, 95:13
**pursue** 14:16

**pushing** 46:2
61:21
**put** 24:4, 31:11
36:2, 44:16
49:13, 55:24
73:10, 82:14

**Q**

**quality** 18:15
18:18, 18:24
**question** 33:1
38:15, 39:8
42:5, 69:11
69:17, 83:21
**questionable**
80:14
**questioned**
63:20, 66:1
66:5, 76:20
80:14
**questioning**
16:12, 16:15
72:23
**questions** 16:12
16:14, 17:11
49:5, 49:6
69:24, 70:1
70:4, 91:12
**quiet** 89:14
**quit** 7:15, 7:16
**quote** 40:6
**quote/unquote**
79:17

**R**

**radio** 31:4
**Rafferty** 1:5
2:22, 7:23, 26:7
52:10, 52:13
52:13, 52:19
52:22, 53:7
53:11, 55:1
56:5, 56:6, 56:9
56:15, 57:14

60:19, 63:18
65:23, 75:21
76:11, 76:16
83:22, 84:2
84:10, 84:17
89:6, 89:12
89:23, 90:17
90:23, 95:7
**Rafferty's** 75:10
89:9
**ran** 87:20
**range** 41:17
**Raskin** 2:10
2:11, 3:11
12:12, 12:15
16:17, 17:1
17:4, 19:19
20:2, 38:23
39:4, 40:16
41:14, 54:4
54:7, 54:10
66:21, 67:2
69:10, 71:12
71:16, 88:13
91:12, 95:24
**razors** 55:22
55:23, 56:1
56:1, 56:2
**read** 4:15, 12:19
69:11, 91:13
93:4, 93:5, 94:3
94:4, 95:13
**ready** 45:24
**really** 15:3
20:15, 20:16
24:10, 46:2
74:1, 80:15
83:9, 89:13
91:5
**reason** 11:20
11:23, 11:23
12:2, 12:5
14:16, 14:22
32:11, 32:12
43:17, 55:18
63:12, 77:10

77:19, 78:14
94:7
**reasonable** 36:9
**reasons** 10:14
51:18, 93:6
94:4
**Rebecca** 6:2
**recall** 43:19
53:17, 53:19
53:22, 54:14
57:16, 61:24
76:4, 76:19
83:4, 86:2, 86:6
87:7
**receive** 16:5
37:22, 38:10
38:20, 74:6
**received** 40:11
50:16, 95:14
**recess** 72:20
**recognized** 58:3
**recollection**
53:6, 53:10
**recommend**
24:8, 24:12
24:14, 24:18
24:21, 24:23
25:11
**recommendati...**
71:23
**record** 7:23, 8:1
16:20, 64:4
94:4
**recorded** 67:10
**recording** 67:13
67:15, 67:19
85:5
**REF** 1:24
**refer** 86:24
87:3, 87:6, 87:8
87:11
**reference** 29:19
79:6
**referring** 26:15
27:7, 32:23
**refusal** 19:10

19:22, 22:10
**refused** 19:16
**regarding** 12:9
16:13, 35:21
36:23, 49:10
53:15, 65:22
80:11, 90:24
**registered** 31:1
92:15
**regular** 21:11
37:14, 59:22
85:22, 90:4
95:9
**regulations**
23:12, 23:24
24:9, 25:18
36:21
**relating** 69:6
69:14, 70:11
**relations** 51:3
**relationship**
17:22, 51:5
88:11
**release** 84:23
**remedial** 75:9
75:12, 75:12
**remember** 14:1
56:4, 60:7, 61:5
74:13, 85:7
86:10, 87:13
87:14, 88:7
**removing** 43:1
**rephrased** 81:1
**report** 20:14
20:19, 21:1
21:3, 21:4, 22:5
22:22, 35:8
42:1, 42:2, 42:3
42:9, 42:20
44:10, 44:13
50:9, 50:14
50:16, 50:19
50:22, 62:1
62:4, 62:5, 62:8
62:9, 65:18
69:23, 70:23

71:5, 71:20
71:23, 75:9
77:12, 77:16
83:8, 83:23
86:20, 86:21
**reported** 43:1
43:8, 43:17
59:13, 64:11
64:16, 65:4
72:10, 72:16
**reporter** 16:20
54:8, 92:15
94:3
**REPORTER'S**
92:5
**reporting** 65:13
72:5, 95:1
**reports** 21:21
**representative**
9:9, 68:2
**request** 68:8
94:4
**required** 73:11
**requires** 30:22
**resign** 12:3
12:6, 12:21
14:14, 14:19
15:8, 73:12
73:16, 74:20
74:22
**resignation**
12:10, 73:7
73:9, 74:11
**resigned** 10:7
64:18
**resisted** 20:10
**resources** 45:10
**respective** 93:5
**response** 58:17
61:8, 75:9
**rest** 28:5, 65:8
**restroom** 35:3
**restrooms** 36:1
**reveal** 44:2
**revealed** 65:18
**review** 95:12

95:18
**reviewing** 95:17
**rid** 50:10
**Ridge** 5:13, 95:5
**right** 9:3, 10:4
14:4, 14:18
16:2, 22:9
44:17, 47:11
60:19, 67:21
69:1, 70:9
73:16, 79:8
80:19, 82:18
95:13
**rights** 67:24
**RNL** 7:21, 10:9
10:22, 11:3
**road** 2:12, 11:24
14:9, 14:23
15:4, 44:14
44:21, 45:2
45:24, 46:6
46:12, 64:18
64:20, 65:9
**Robin** 2:23
**room** 7:24
**Rose** 57:22, 58:1
58:1, 58:1, 58:5
58:20, 60:4
60:9, 61:7
**roved** 33:9
**rover** 60:12
61:18
**roving** 89:16
**Row** 2:11
**rules** 1:16
23:12, 24:4
24:9, 25:17
36:21, 95:14
**run-of-the-mill**
49:8, 80:8
**running** 45:16
**runs** 10:17
**Ryder** 2:11

**Column 3 — S**

**S-C-H-M-I-D**
6:16
**S-E-A-N** 9:17
9:18
**S-H-A-W-N**
9:17
**S.E** 95:5
**safety** 32:4, 32:5
32:11, 32:13
35:18
**Sarah** 2:5, 95:24
**saved** 21:22
**saw** 44:6, 44:8
47:12, 47:15
47:17, 47:22
69:22, 70:15
90:1
**saying** 21:14
25:7, 28:14
56:7, 70:23
82:13
**says** 5:7
**scan** 48:1
**schedule** 75:6
**scheduled** 75:2
**Schmid** 6:13
7:10, 8:16, 8:21
**school** 37:23
39:12, 39:13
39:22, 39:24
40:1, 40:14
41:23
**scold** 84:22
**scope** 84:8
**Scott** 82:7, 82:9
82:10
**Sean** 9:13
**Sean's** 9:15
**second** 10:10
58:4, 59:3, 59:4
59:6, 60:1, 60:2
60:3, 87:11
**secretary** 13:16
**section** 31:8

**security** 11:6
13:9
**see** 12:15, 25:22
28:1, 35:14
43:21, 45:13
47:18, 47:21
47:23, 72:4
79:18, 82:15
84:5, 89:5
89:10, 89:23
90:3, 90:3
**seeing** 16:2
16:8
**seen** 16:19, 44:1
71:2, 90:2
**self-contained**
28:6
**sending** 61:18
**senior** 74:2
**seniority** 44:23
**sent** 12:23
25:24, 41:6
60:12, 95:9
**Separate** 65:21
**separated** 5:16
**serious** 57:1
57:2, 57:3
58:22
**seriousness** 58:4
**sessions** 37:13
**set** 68:12, 80:19
**seven** 39:14
**severance** 74:6
74:7
**severe** 22:1
22:6, 22:11
22:11, 56:19
**severity** 20:6
**sexual** 48:15
48:18, 51:3
**Shay** 23:5
66:13, 80:1
80:3, 80:5
**Shay's** 79:16
**she'd** 49:5
**sheet** 49:12

94:2
**sheet(s** 93:6
**Sheriff** 13:17
24:4, 37:11
45:11, 46:14
46:22, 66:15
**Sheriff's** 4:8
36:20
**Sherman** 26:5
26:11, 26:20
27:20, 29:13
30:5, 32:15
34:2, 34:18
43:22, 44:8
47:13, 48:15
48:17, 48:20
49:2, 51:3
51:15, 54:20
79:13, 83:24
84:18, 87:16
89:6, 90:24
**Sherman's**
49:17, 62:23
65:21, 88:10
**shift** 27:10
27:12, 27:14
27:15, 41:7
89:17
**shifts** 27:2, 27:3
**shirt** 44:1, 82:12
**shit** 79:16, 80:22
**short** 8:6, 8:7
10:23
**shorthand** 4:12
**shortly** 54:19
**show** 12:8
**showers** 35:3
**shown** 92:10
**sick** 76:8, 76:9
**side** 56:12
56:12, 62:12
62:12
**sign** 4:15, 62:6
94:1, 95:13
**signature** 91:14
93:1, 93:8

93:15, 93:17
94:5, 95:15
signed 94:5
95:14
Simon 2:5
simple 21:4
simulate 48:15
48:18
Sincerely 95:19
single 36:12
sir 15:16, 54:6
sitting 56:12
62:12, 90:6
situation 60:9
six 39:14, 39:23
sleep 90:10
sleeping 90:13
slept 30:10
small 28:12
30:23
Smerdell 55:1
55:6, 56:5
56:10, 56:11
56:16, 57:14
60:19, 63:17
65:23, 75:22
83:1, 83:23
84:3, 84:11
84:18, 89:6
90:24
Smerdell's 55:2
75:10
smoke 82:16
82:18, 82:19
82:21
smoothed 55:17
62:20, 79:10
smoothing 79:7
Social 11:5
soldiers 24:16
Solon 2:12
somebody 28:17
28:19, 58:19
59:14, 61:19
83:12
son 46:14

son's 46:22
sorry 7:6, 12:12
17:14, 46:23
54:6, 54:9, 64:7
66:22, 71:12
71:16, 73:22
83:2, 89:19
sort 35:21
41:11
South 2:17
space 30:1
speak 66:13
66:15, 68:15
speaking 56:4
62:13
specific 69:17
86:10
specifically 23:6
23:7, 38:9
42:13, 58:6
90:1
specifics 78:12
specified 1:16
speculating 56:2
speculation
78:17, 88:14
88:16
spell 6:14
spending 65:8
spent 41:18
spinning 48:4
spoke 43:15
66:10, 66:19
66:23, 67:3
spot 34:20
34:24
spots 34:13
34:17, 34:19
sprinkler 7:9
8:24, 10:13
stand 81:20
start 30:14
30:18
started 33:14
77:22
starting 11:15

38:20
state 1:14, 4:13
5:10, 5:12
37:14, 39:14
39:17, 40:3
50:3, 57:23
71:19, 78:1
85:14, 93:14
stated 12:5
43:18, 50:4
73:2, 79:15
81:5, 84:21
86:11, 86:18
statement 76:23
77:6, 78:1, 79:5
79:6, 81:4
84:21, 85:4
85:4, 85:7
86:17, 87:11
statements
93:15
States 1:1, 1:18
6:6
stating 77:3
stationary 34:9
34:10
stay 11:23
18:15, 18:18
19:1, 75:22
89:9
stenotype 92:11
Stewart 12:9
66:8, 66:23
67:3, 67:10
67:16, 67:22
70:14, 72:8
72:23, 74:24
77:15, 83:17
85:8, 85:14
stick 34:11
sticky 36:1
stipulated 4:5
4:10, 95:15
STIPULATIO...
4:3
stood 69:4

stop 77:3, 87:12
87:21, 87:22
stopped 53:23
54:22, 62:12
63:12, 63:13
stored 21:14
story 83:19
83:21
straight 43:8
80:19
strategically
30:16
Stredney 12:9
13:12, 13:19
street 2:6, 2:17
4:9, 11:2, 83:12
95:1
stuff 35:3, 63:6
86:13
stunned 44:15
stupid 48:3
86:7, 86:11
subsequent
15:11, 39:1
61:14
substance 93:5
suicide 15:15
15:17, 15:18
Suite 2:17, 95:1
super 80:17
supervision
80:10
supervisor
79:21, 79:22
supposed 20:23
33:17, 36:13
36:14, 36:24
45:2, 70:19
73:14, 79:9
sure 10:9, 12:20
13:23, 14:13
15:9, 18:2, 19:4
20:20, 20:22
20:24, 21:24
22:3, 24:5
31:24, 32:4

33:12, 34:15
36:4, 36:19
40:10, 42:7
42:10, 42:10
42:21, 45:3
48:1, 51:16
52:20, 53:12
53:22, 56:20
58:11, 61:12
70:24, 71:24
72:2, 72:6
73:17, 80:12
84:13, 84:15
84:15, 88:9
90:7
surveillance
34:14
suspects 81:13
suspended
80:17
swore 93:15
sworn 5:4
system 21:18

**T**

tabs 84:20
take 15:21
33:19, 34:14
35:3, 35:14
36:1, 39:17
41:8, 42:15
45:5, 54:4
60:13, 61:15
67:22, 68:12
72:18, 72:24
74:21
taken 1:13, 4:7
4:11, 72:20
75:9, 75:13
92:11, 94:3
95:11
takes 15:4, 15:5
talk 45:22
56:22, 60:14
63:9, 78:2, 80:8

82:15, 85:4
85:15, 85:18
**talked** 60:4
61:3, 61:6
61:15, 62:20
63:12, 80:24
87:23, 91:7
91:8
**talking** 14:1
29:11, 29:15
29:16, 60:18
61:1, 70:14
72:8, 78:5
78:10
**tape** 77:2
**taped** 76:24
78:1, 81:4
86:17
**technician** 7:3
7:5
**tell** 46:3, 46:16
48:20, 51:1
51:16, 56:23
58:5, 58:19
68:20, 76:11
76:16, 82:2
**telling** 82:6
87:14
**temp** 8:6, 10:4
**temporary** 11:8
**ten** 15:5, 56:24
60:24, 61:1
**tenure** 23:2
38:4, 42:23
43:16, 52:19
76:2, 90:17
**term** 58:10
**termed** 37:18
**terrible** 20:16
**test** 39:17, 74:21
75:3
**testify** 5:4
**testifying** 15:23
**testimony** 47:15
90:20, 92:8
92:10, 93:4

93:5, 93:5
**thank** 12:15
17:6, 67:2, 70:1
70:8, 70:8
91:11, 94:2
**therefor** 93:6
94:7
**thing** 10:17
20:17, 22:3
22:3, 22:16
22:17, 22:19
56:9, 58:13
62:10, 88:4
91:7
**things** 23:15
38:3, 55:17
67:5, 80:19
81:20, 86:7
**think** 7:20
13:22, 24:15
40:7, 58:3
58:13, 58:15
59:7, 59:11
59:24, 65:13
74:12, 74:12
78:21, 78:22
86:18, 86:22
89:24
**thinking** 13:6
34:3, 40:6, 61:4
78:19
**third** 26:24
27:22, 28:1
28:8, 28:14
29:13, 31:2
31:2, 32:15
**Thomas** 2:5
95:24
**Thompson**
82:10, 82:11
**thought** 13:17
25:6, 83:16
**threatening**
58:9
**three** 10:23
34:4, 40:5, 40:7

40:7, 40:14
**tied** 87:21
**till** 8:12
**time** 1:15, 4:7
8:3, 8:7, 8:10
8:15, 10:23
18:20, 26:3
26:10, 26:12
26:14, 26:15
26:15, 26:15
26:16, 26:17
28:11, 31:1
33:2, 33:8, 33:9
36:4, 36:9
36:16, 41:7
44:6, 44:7, 46:1
46:8, 46:16
49:2, 49:14
51:20, 53:24
54:14, 54:15
54:17, 54:20
56:12, 57:5
57:19, 58:22
60:14, 60:18
61:22, 62:20
63:11, 68:3
68:5, 70:13
72:7, 72:24
74:18, 75:6
77:15, 78:12
80:2, 81:8, 83:4
83:16, 87:12
89:24, 92:11
95:17
**times** 25:23
27:22, 28:16
41:10, 44:4
52:21, 52:23
76:12, 76:17
80:4, 80:6
**today** 15:19
15:20, 15:24
17:2
**Today's** 94:22
**Todd** 2:10
95:24

**toilet** 36:2
**told** 13:21
13:22, 41:6
41:6, 42:8, 47:5
49:20, 55:16
57:24, 58:7
60:8, 60:9
60:11, 62:10
62:15, 64:22
68:24, 69:1
70:15, 74:21
78:8, 81:21
85:10, 85:10
85:12, 87:12
**Tom** 46:23, 47:1
47:3
**Tomko** 60:10
60:12, 61:16
61:17
**Tommy** 47:2
**ton** 67:5
**top** 45:23
**tour** 29:22
30:12, 30:13
30:14, 31:4
31:9, 54:3
54:12, 62:11
90:1
**touring** 28:22
**tours** 28:4, 30:9
89:18, 89:20
89:21, 90:3
**town** 10:11
**township** 46:14
82:23
**trained** 38:16
41:24, 71:11
71:15
**training** 37:13
38:8, 38:13
38:14, 38:20
39:2, 39:9
39:13, 40:2
40:14, 41:8
41:11, 41:11
41:18, 41:23

42:6, 71:22
**transcribe** 77:5
**transcribed**
4:13, 95:12
**transcript** 4:15
92:8, 94:1, 94:3
94:5, 95:13
95:18
**transcription**
4:14, 77:5, 77:7
**transpired**
64:13, 64:15
64:16, 81:11
**transported**
81:5, 82:17
**traskin@mrrla...**
2:13
**treated** 62:19
**treatment** 78:24
**tried** 36:3, 77:4
**trouble** 86:9
**true** 7:4, 50:15
50:18, 92:8
93:15
**Trumbull** 1:8
2:9, 4:8, 8:20
9:24, 10:7
11:10, 11:13
11:21, 11:22
12:22, 17:9
17:18, 17:22
19:5, 19:23
21:23, 23:11
24:9, 25:17
25:19, 26:4
26:18, 37:12
37:21, 38:19
39:2, 41:24
42:24, 43:16
43:21, 48:14
51:2, 51:10
52:16, 69:8
69:15, 70:13
71:8, 71:10
71:14, 72:9
76:3, 95:7

**trustee** 28:7
28:9, 61:23
**trustees** 28:10
**truth** 5:4, 5:5
5:5, 82:6, 93:15
**try** 80:18, 84:7
**trying** 29:19
36:5, 59:7
59:24, 65:12
74:3, 74:12
**turn** 27:4, 30:22
31:23, 54:12
57:6, 79:24
**turns** 26:23
26:24, 33:4
**Twenty-one**
5:22
**twice** 27:1
68:13, 68:17
68:19
**two** 5:20, 28:14
34:4, 58:8
68:20, 74:17
77:13, 81:14
**type** 21:16
21:17, 41:8
45:4
**types** 25:16

**U**

**uh-huh** 12:11
31:22, 37:17
37:17, 38:5
44:1, 66:3
**uncomfortable**
75:23
**underneath**
82:12, 82:13
**understand**
25:20, 33:1
65:12, 70:23
76:14
**understanding**
25:6, 78:9
**underwear**

82:12
**undesirable**
36:6, 36:7
**unemployed** 6:7
**unemployment**
8:9, 8:14, 8:19
8:22
**unhealthy** 78:19
78:21
**uniform** 90:11
**union** 8:23, 8:24
9:2, 9:3, 9:10
68:2, 73:18
73:19, 73:21
73:24
**United** 1:1, 1:18
6:6, 73:24
**upset** 55:15
78:22, 81:19
82:1, 88:11
**use** 4:14, 17:2
35:2, 35:24
**usually** 23:4
23:8, 30:22
32:9, 32:9, 90:9

**V**

**Vague** 38:18
69:16
**vaguely** 14:1
**vagueness** 19:20
20:2
**varied** 40:24
40:24, 41:5
**various** 51:17
**vents** 31:10
31:16, 31:16
**versus** 16:23
**vets** 31:14
**Vienna** 46:14
**view** 29:5, 34:24
**violate** 25:17
**violated** 69:5
69:13, 70:11
76:10

**violation** 70:17
70:18, 71:1
71:1, 71:3, 71:5
71:7, 71:10
71:14, 72:8
83:10
**visit** 49:14
**visiting** 49:14
**visitor** 23:14
**visitors** 49:7
49:10, 49:12
49:19, 49:20
50:12, 86:15
**visits** 25:22
**voice** 71:13
**VS** 1:7, 95:7

**W**

**wait** 22:20
**waited** 8:12
**waived** 91:14
**walked** 33:12
57:10, 57:11
57:12, 58:8
**walking** 83:11
**wall** 31:17
**want** 14:24
32:7, 36:5
49:13, 59:2
67:7, 85:4
**wanted** 15:3
50:4, 55:18
65:9, 80:8
**warden** 21:11
22:24, 23:4
23:9, 59:18
59:19, 59:22
59:22, 59:24
60:11, 61:15
79:23
**Warren** 2:6, 4:9
5:13, 11:2, 47:7
47:10, 75:3
95:5
**watch** 28:3

29:22, 30:9
30:12, 30:13
30:14, 31:4
54:2, 89:18
89:20, 89:21
90:2
**water** 80:17
**way** 14:10
14:11, 14:13
16:23, 18:23
29:23, 30:19
34:12, 38:2
48:23, 49:8
55:14, 55:24
60:12, 62:19
69:20, 78:19
78:20, 78:21
79:14, 80:23
81:8, 81:10
81:10, 87:23
88:22
**we've** 9:23
37:13, 90:23
90:23, 91:7
**wear** 90:9
90:11
**week** 40:5, 40:8
54:18, 84:23
**weeks** 27:8
**went** 40:3, 59:20
60:20, 62:11
80:7, 89:16
**whatsoever**
17:17
**whispering**
56:11
**width** 29:24
**wife** 8:8, 68:22
74:16
**wife's** 6:1
**Wilson** 2:23
**window** 36:2
47:24
**witness** 4:15
54:6, 54:9, 94:1
**witnessing**

83:23
**woman's** 69:22
**women** 77:13
**wondering**
80:21
**Wooster** 8:21
**word** 45:21
94:1
**words** 17:21
**work** 6:21, 7:20
8:2, 9:24, 10:16
10:17, 10:24
11:12, 11:16
26:11, 26:19
27:19, 30:5
32:14, 32:21
48:13, 74:3
75:15, 75:18
85:6
**worked** 7:19
8:6, 8:8, 8:23
9:10, 10:5, 10:6
26:3, 27:3
32:21, 34:7
46:13, 47:2
47:3, 47:12
48:8, 54:15
59:10
**Workers** 73:24
**working** 8:16
13:8, 13:8
57:20, 59:15
60:6, 82:5
**works** 47:10
**worldwide** 9:8
**worried** 87:13
**write** 50:13
94:1
**writes** 49:13
**writing** 37:22
38:10, 38:10
73:11, 86:15
86:18
**written** 21:6
21:14, 35:20
36:22, 37:9

38:7, 38:11
38:13, 62:1
62:4, 77:13
**wrong** 65:16
65:17, 69:22
77:3, 80:7
**wrongdoing**
42:9
**wrongdoings**
42:3
**wrote** 22:22

### Y

**yeah** 7:14, 12:15
13:4, 13:4, 13:7
13:13, 23:19
26:2, 31:10
38:22, 40:2
42:7, 45:13
46:13, 47:22
60:17, 61:4
66:6, 66:8
66:11, 66:11
66:12, 68:12
70:9, 72:16
79:18, 83:15
87:19, 87:19
89:15
**year** 6:18, 10:22
11:18, 27:10
27:10, 39:19
**years** 15:2, 15:5
40:15, 59:10
80:16
**Youngstown**
95:2

### 1

**1** 3:15, 12:18
16:19, 16:21
17:6, 45:4
73:11
**10** 11:14
**10:26** 72:20

**10:38** 72:20
**100** 2:11, 95:1
**11** 27:15, 27:16
**11:03** 91:15
**12** 3:15
**14** 9:16, 11:19
**144548A** 1:24
**15** 61:20, 74:13
**150** 4:9
**16** 3:8, 74:13
**17** 3:8
**19** 3:8, 3:11

### 2

**2** 45:4
**20** 3:8, 3:11
30:3, 61:20
**200** 2:17
**2010** 11:15
**2016** 6:18, 8:17
**2017** 1:15, 4:7
94:3, 95:3
95:11
**22** 3:8
**23** 3:8, 95:3
**24** 1:14, 3:8, 4:7
94:3, 95:11
**24-hour** 73:6
**25** 3:8

### 3

**3** 45:5
**30** 6:11, 6:17
8:17, 95:14
**3035** 5:13, 95:5
**30th** 8:15
**330** 95:16
**330-856-6888**
2:7
**34305** 2:12
**38** 3:9, 3:11
**39** 3:9, 3:11

### 4

**4** 11:17
**4:16CV0430** 1:3
**40** 3:9, 3:11
30:3
**400** 2:17
**41** 3:9, 3:11
**42** 3:9
**43** 3:9
**43215** 2:18
**440-248-7906**
2:13
**44139** 2:12
**44481** 4:9
**44484** 2:6, 95:5
**44503** 95:2
**45** 30:11
**47** 3:9

### 5

**5** 3:4
**50** 30:11
**560** 95:1

### 6

**60** 3:9
**614-221-1216**
2:18
**65** 3:9
**66** 3:11
**669** 8:24
**68** 3:9
**69** 3:9

### 7

**7** 27:15, 27:16
**72** 3:9
**746-7479** 95:16
**78** 3:9

### 8

**85** 3:9
**88** 3:10, 3:11
**8872** 2:6
**89** 3:10

### 9

**9:11** 4:7
**90** 3:10