PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE L. RAFFERTY, *et al.*, | ) | |
| | ) | CASE NO. 4:16CV430 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRUMBULL COUNTY, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Having granted Defendant Trumbull County, Sheriff Thomas Altiere, and Lieutenant Eric Shay's Motion for Summary Judgment on Plaintiffs' Amended Complaint (ECF No. 99), the Court hereby enters judgment in their favor.

Additionally, having granted in part and denied in party Defendant Charles Drennen's Motion for Summary Judgment (ECF No. 103), the Court hereby enters judgment in his favor as to all claims that Plaintiff Michele Rafferty has brought.  The Court also enters judgment in Defendant Drennen's favor on Plaintiff Katie Sherman's Fourth Amendment claim.

The only remaining claim in this case is Plaintiff Sherman's 42 U.S.C. § 1983 claim against Defendant Drennen based on a violation of Plaintiff Sherman's Eighth Amendment rights.

IT IS SO ORDERED.

  November 20, 2017           */s/ Benita Y. Pearson*
Date                        Benita Y. Pearson
                            United States District Judge