IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michele L. Rafferty, *et al.*, | : | Case No. 4:16cv00430 |
| Plaintiffs, | : | Judge Benita Pearson |
| v. | : | |
| Trumbull County, Ohio, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF INTERLOCUTORY APPEAL BY DEFENDANT CHARLES DRENNEN**

Notice is hereby given that Defendant Charles Drennen, by and through counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Order (Doc. No. 117) denying qualified immunity to Mr. Drennen from Plaintiff Katie Sherman's 42 U.S.C. § 1983 claim based on the Eighth Amendment, as was entered in this action on the 20th day of November, 2017.

Respectfully Submitted,

s/Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL HASS KIM ALBRECHT DOWNEY LLP**
7775 Walton Pkwy, Suite 200
New Albany, Ohio  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fishelhass.com
ajarmusz@fishelhass.com
*Attorneys for Defendant Charles Drennen*

FHK AD  FISHEL HASS KIM ALBRECHT DOWNEY LLP  Attorneys at Law

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fishelhass.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Interlocutory Appeal by Defendant Charles Drennen* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL HASS KIM ALBRECHT DOWNEY LLP**
*Attorney for Defendant Charles Drennen*

FHK AD — FISHEL HASS KIM ALBRECHT DOWNEY LLP — Attorneys at Law

2

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fishelhass.com