PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE L. RAFFERTY, *et al.*, | ) | CASE NO. 4:16-CV-430 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| TRUMBULL COUNTY, OHIO, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

Pursuant to instructions given at the telephonic status conference on June 1, 2020, the parties were to have filed a joint notice regarding the outcome of mediation in this case.[1] *See* Minutes of Proceedings, June 1, 2020. The parties have not filed a notice as required by the Court.

Accordingly, the parties shall file a joint notice regarding the outcome of mediation on the Court's docket on or before August 25, 2020.

IT IS SO ORDERED.

  August 21, 2020     */s/ Benita Y. Pearson*
Date                                             Benita Y. Pearson
                                                 United States District Judge

---

[1] The parties informed the Court during the June 1, 2020 telephonic status conference that their mediation with Designated Mediator Jerome F. Weiss was set to take place on June 29, 2020.