# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Michele L. Rafferty, *et al.*, | : | Case No. 4:16cv00430 |
| Plaintiffs, | : | Judge Benita Y. Pearson |
| *vs*. | : | |
| Trumbull County, Ohio, *et al.*, | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS

Now come Plaintiff, Katie Sherman, and Defendant, Charles Drennen, by and through their respective counsel, and hereby jointly stipulate to a dismissal of all claims against Defendant Charles Drennen, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In accordance with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994), this Court shall retain jurisdiction to enforce, on motion or *sua sponte*, the settlement agreement reached by the parties. Plaintiff and Defendant shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| s/ *Angelica M. Jarmusz* | s/ *Sarah Thomas Kovoor* |
| Daniel T. Downey (0063753) | Sarah Thomas Kovoor (0069223) |
| Angelica M. Jarmusz (0092249) | **Kovoor Law, LLC** |
| **Fishel Downey Albrecht & Riepenhoff LLP** | 155 South Park St., Suite 165 |
| 7775 Walton Pkwy, Suite 200 | Warren, Ohio 44481 |
| New Albany, Ohio 43054 | (330) 974-1212 — Telephone |
| (614) 221-1216 — Telephone | (330) 974-1220 — Facsimile |
| (614) 221-8769 — Facsimile | office.klaw@gmail.com |
| ddowney@fisheldowney.com | *Attorney for Plaintiff Katie Sherman* |
| ajarmusz@fisheldowney.com | |
| *Attorneys for Defendant Charles Drennen* | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Stipulation of Dismissal of all Claims* was served this 21st day of August 2020 through the Court's electronic filing system.

s/ *Angelica M. Jarmusz*
Angelica M. Jarmusz
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Attorney for Defendant Charles Drennen*